**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 1:10-cv-6331

 United States of America, Respondent

 vs.

 Ronald Mikos, Petitioner

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Petitioner Ronald Mikos

| | |
|---|---|
| NAME (Type or print)<br> Barry Levenstam | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Barry Levenstam | |
| FIRM<br> Jenner & Block LLP | |
| STREET ADDRESS<br> 353 N. Clark Street | |
| CITY/STATE/ZIP<br> Chicago, Illinois 60654-3456 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 3121904 | TELEPHONE  NUMBER<br> 312-222-9350 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☑