## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 1:10-cv-6331

United States of America, Respondent

vs.

Ronald Mikos, Petitioner

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Petitioner Ronald Mikos

| |
|---|
| NAME (Type or print) <br> April A. Otterberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ April A. Otterberg |
| FIRM <br> Jenner & Block LLP |
| STREET ADDRESS <br> 353 N. Clark Street |
| CITY/STATE/ZIP <br> Chicago, Illinois 60654-3456 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6290396 | TELEPHONE NUMBER <br> 312-222-9350 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☑