UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No. 10 C 6331 |
| | ) | Judge Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| Petitioner. | ) | |

**GOVERNMENT'S AGREED MOTION
FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a 60-day extension of time, from November 15, 2010, to and including January 14, 2011, within which to respond to petitioner's motion under 28 U.S.C. § 2255. In support of this motion, the government states as follows:

1. Following a jury trial, petitioner, a podiatrist, was convicted on several counts of mail fraud in connection with a scheme to defraud the Medicare program by billing for services not rendered, and murdering a witness, Joyce Brannon, with the intent to prevent her from testifying in the grand jury. On the murder charge, defendant was sentenced to death.

2. The conviction and sentence were affirmed by the Court of Appeals, and a petition for rehearing en banc was denied. *United States v. Mikos*, 539

F.3d 706 (7th Cir. 2008). On October 5, 2009, the Supreme Court denied certiorari. *Mikos v. United States*, 130 S.Ct. 59 (2009).

3. On October 4, 2010, petitioner filed a motion under 28 U.S.C. § 2255 to vacate, set aside, and correct his sentence. On October 13, 2010, this Court entered an order directing the government to file an answer by November 15, 2010.

4. The government seeks a 60-day extension of time, to January 14, 2011, to file its answer. An extension of this length is needed because of the complexity of the case. The § 2255 motion raises eleven separate claims, with many subdivisions, and runs 142 pages. It is supported by a lengthy Appendix containing 43 Exhibits. The initial 30-day time frame to answer this motion is insufficient to prepare an adequate response.

5. Counsel for the government has spoken to Mr. Barry Levenstam, one of the attorneys for petitioner. Mr. Levenstam stated he has no objection to the motion, and consented to titling it as an agreed motion.

For these reasons, the government respectfully requests that this Court

grant a 60-day extension, to January 14, 2011, to file its answer.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
DAVID E. BINDI
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 886-7643