**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

United States of America

                      Plaintiff,

v.                                                                Case No.: 1:10–cv–06331
                                                                  Honorable Ronald A. Guzman

Ronald Mikos

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 8, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 11/16/10 is stricken. Motion by Plaintiff United States of America for extension of time within which to respond to petitioner's motion under 28 U.S.C. § 2255. [9] is granted to and including 1/14/11. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.