UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| Respondent,     ) | |
|    ) | |
| vs.     ) | No. 10 C 6331 |
|    ) | Judge Ronald A. Guzman |
| RONALD MIKOS,    ) | |
| Petitioner.    ) | |

**GOVERNMENT'S AGREED MOTION
FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a second 60-day extension of time, from January 14, 2011, to and including March 15, 2011, within which to respond to petitioner's motion under 28 U.S.C. § 2255. In support of this motion, the government states as follows.

1. Following a jury trial, petitioner, a podiatrist, was convicted on several counts of mail fraud in connection with a scheme to defraud the Medicare program by billing for services not rendered, and murdering a witness, Joyce Brannon, with the intent to prevent her from testifying in the grand jury. On the murder charge, defendant was sentenced to death.

2. The conviction and sentence were affirmed by the Court of Appeals, and a petition for rehearing en banc was denied. *United States v. Mikos*, 539

F.3d 706 (7th Cir. 2008). On October 5, 2009, the Supreme Court denied certiorari. *Mikos v. United States*, 130 S.Ct. 59 (2009).

3. On October 4, 2010, petitioner filed a motion under 28 U.S.C. § 2255 to vacate, set aside, and correct his sentence. On October 13, 2010, this Court entered an order directing the government to file an answer by November 15, 2010.

4. The government moved for a 60-day extension of time, to January 14, 2011, to file its response. The reason for the request was the complexity of the case. The § 2255 motion raises eleven separate claims, with many subdivisions, and runs 142 pages. It is supported by a lengthy Appendix containing 43 Exhibits. Mr. Barry Levenstam, one of the attorneys for petitioner, stated he has no objection to the motion, and consented to titling it as an agreed motion. The extension was granted.

5. This is the government's second request for a 60-day extension of time. The reasons for the request are the complexity of the case, counsel's responsibility for other matters, and significant annual leave time taken over the holidays.

    A. The complexity of the case is noted above.

    B. At the end of November, counsel was unexpectedly assigned a task related to a time-sensitive investigation, which required filtering

computer files for potentially privileged information that the investigative team should not be exposed to. From December 2 through December 15, counsel was able to do little else other than essential daily tasks. Additionally, counsel will be spending considerable time in the first half of January preparing for oral argument in the Seventh Circuit in *United States v. Michael Segal*, Nos. 09-3403, 093684. *Segal* is a complex fraud and racketeering case that was remanded to the district court to consider an issue related to a $30 million racketeering proceeds forfeiture order. *United States v. Segal*, 495 F.3d, 826 (7th Cir. 2007). It took two years to resolve. Segal appealed the ruling on remand, and the government cross-appealed. While the case was pending, *United States v. Skilling*, 130 S.Ct. 1896 (2010), was decided, and after that, *United States v. Black*, 625 F.3d 386 (7th Cir. 2010), was decided. Supplemental briefs were filed to address the honest services issue.

C. Counsel took four days of annual leave around Thanksgiving, and six days the weeks before and after Christmas. This was use-or-lose leave time. It would have been forfeited if not used before January 1, 2011.

6. Mr. Levenstam was contacted regarding this motion, stated he has no objection to the motion, and consented to titling it as an agreed motion.

For these reasons, the government respectfully requests that this Court grant a 60-day extension, to March 15, 2011, to file its answer.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:     /s/ David E. Bindi
        DAVID E. BINDI
        Assistant U.S. Attorney
        219 South Dearborn Street
        5th Floor
        Chicago, Illinois 60604
        (312) 886-7643