## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division


United States of America

                 Plaintiff,

v.

Ronald Mikos

                 Defendant.

Case No.: 1:10–cv–06331
Honorable Ronald A. Guzman


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, January 10, 2011:


       MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 1/11/11 is stricken. Motion by Plaintiff United States of America for extension of time to file response as to motion to vacate/set aside/correct sentence (2255)[1][12] [12] is granted to and including 3/15/2011. Mailed notice (cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.