UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No. 10 C 6331 |
| | ) | Judge Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| Petitioner. | ) | |

**GOVERNMENT'S AGREED MOTION
FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a third 60-day extension of time, from March 15, 2011, to and including May 16, 2011, within which to respond to petitioner's motion under 28 U.S.C. § 2255. In support of this motion, the government states as follows.

1. Following a jury trial, petitioner, a podiatrist, was convicted on several counts of mail fraud in connection with a scheme to defraud the Medicare program by billing for services not rendered, and murdering a witness, Joyce Brannon, with the intent to prevent her from testifying in the grand jury. On the murder charge, defendant was sentenced to death.

2. The conviction and sentence were affirmed by the Court of Appeals, and a petition for rehearing en banc was denied. *United States v. Mikos*, 539

F.3d 706 (7th Cir. 2008). On October 5, 2009, the Supreme Court denied certiorari. *Mikos v. United States*, 130 S.Ct. 59 (2009).

3. On October 4, 2010, petitioner filed a motion under 28 U.S.C. § 2255 to vacate, set aside, and correct his sentence. On October 13, 2010, this Court entered an order directing the government to file an answer by November 15, 2010.

4. The government has moved twice for a 60-day extension of time, and the response is now due to be filed on March 15, 2011. The primary reasons for both request were the complexity of the case, and counsel's responsibilities for other time-sensitive matters. The § 2255 motion raises eleven separate claims, with many subdivisions, and runs 142 pages. It is supported by a lengthy Appendix containing 43 Exhibits. Mr. Barry Levenstam, one of the attorneys for petitioner, stated he had no objection to either motion, and consented to titling them as an agreed motions.

5. This is the government's third request for a 60-day extension of time. The reasons for the request are the complexity of the case, and counsel's responsibility for other matters.

    A. The complexity of the case is noted above.

    B. Since the last request for an extension of time, counsel has been responsible for a number of matters before the Seventh Circuit Court of

Appeals. Counsel has participated in 11moot court arguments to help prepare other AUSAs for oral arguments; advised other AUSAs regarding upcoming oral arguments; attended nine oral arguments and debriefed the AUSAs afterward; and edited twelve appellate briefs. Additionally, counsel is responsible for preparing the government's brief in a government appeal, *United States v. Chaidez*, No. 10-3623, due March 21, 2011. There, the district court granted a writ of error coram nobis to a defendant convicted in 2003, on the ground that counsel was ineffective for failing to advise the defendant on the potential immigration consequences of her guilty plea, in violation of a duty first recognized in *Padilla v. Kentucky*, 130 S.Ct. 1473 (2010).

C. Counsel was also responsible for preparing an adverse decision report submitted to the Criminal Appellate Section of the Department of Justice, and the Solicitor General's Office, in *United States v. Johnson*, No. 02 C 6998. Like this case, *Johnson* is a proceeding under 28 U.S.C. § 2255 in which the defendant is under sentence of death. The district court granted the motion, and ordered a new sentencing hearing. This § 2255 proceeding has a long and complicated procedural history, having been litigated for nine years. The defendant has cross-appealed.

6. Mr. Levenstam was contacted regarding this motion, stated he has no

objection to the motion, and consented to titling it as an agreed motion.

For these reasons, the government respectfully requests that this Court

grant a 60-day extension, to May 16, 2011, to file its answer.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:     /s/ David E. Bindi
        DAVID E. BINDI
        Assistant U.S. Attorney
        219 South Dearborn Street
        5th Floor
        Chicago, Illinois 60604
        (312) 886-7643