UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No. 10 C 6331 |
| | ) | Judge Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| Petitioner. | ) | |

## NOTICE OF MOTION

To:   Barry Levenstam
      JENNER & BLOCK LLP
      353 N. Clark Street
      Chicago, IL 60654-3456

PLEASE TAKE NOTICE that on Thursday, March 10, 2011, at 9:30 a.m., I shall appear before the Honorable Ronald A. Guzman, United States District Court, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the government's Agreed Motion for Extension of Time, service of which is made upon you.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:      /s/ David E. Bindi
      DAVID E. BINDI
      Assistant U.S. Attorney
      219 South Dearborn Street
      5th Floor
      Chicago, Illinois 60604
      (312) 886-7643