UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,     )
          Respondent,     )
                         )
   vs.                 )   No. 10 C 6331
                         )   Judge Ronald A. Guzman
RONALD MIKOS,         )
          Petitioner.     )

**GOVERNMENT'S AGREED MOTION
FOR EXTENSION OF TIME**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a seventh extension of time, a 50-day extension, from November 14, 2011, to and including January 3, 2012, within which to respond to petitioner's motion under 28 U.S.C. § 2255. In support of this motion, the government states as follows.

1. Following a jury trial, petitioner, a podiatrist, was convicted on several counts of mail fraud in connection with a scheme to defraud the Medicare program by billing for services not rendered, and murdering a witness, Joyce Brannon, with the intent to prevent her from testifying in the grand jury. On the murder charge, defendant was sentenced to death.

2. The conviction and sentence were affirmed by the Court of Appeals, and a petition for rehearing en banc was denied. *United States v. Mikos*, 539

F.3d 706 (7th Cir. 2008). On October 5, 2009, the Supreme Court denied certiorari. *Mikos v. United States*, 130 S.Ct. 59 (2009).

3. On October 4, 2010, petitioner filed a motion under 28 U.S.C. § 2255 to vacate, set aside, and correct his sentence. On October 13, 2010, this Court entered an order directing the government to file an answer by November 15, 2010.

4. The government has moved six times for a 60-day extension of time, and the response is now due to be filed on November 14, 2011. The primary reasons for the earlier request were the complexity of the case, and counsel's responsibilities for other time-sensitive matters. The § 2255 motion raises eleven separate claims, with many subdivisions, and runs 142 pages. It is supported by a lengthy Appendix containing 43 Exhibits. Mr. Barry Levenstam, one of the attorneys for petitioner, stated he had no objection to any of the earlier motions, and consented to titling them as agreed motions.

5. This is the government's seventh request for an extension of time. This request is for a 50-day extension. The reasons for the request are the complexity of the case, as noted above, to finish the response, and to have time to thoroughly review, edit, and correct the response.

6. Mr. Levenstam was contacted regarding this motion, stated he has no objection to the motion, and consented to titling it as an agreed motion.

For these reasons, the government respectfully requests that this Court grant a 50-day extension, to January 3, 2012, to file its answer.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:   /s/ David E. Bindi
DAVID E. BINDI
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 886-7643

3