UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No. 10 C 6331 |
| | ) | Judge Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| Petitioner. | ) | |

## NOTICE OF MOTION

To:    Barry Levenstam
       JENNER & BLOCK LLP
       353 N. Clark Street
       Chicago, IL 60654-3456

PLEASE TAKE NOTICE that on Tuesday, November 8, 2011, at 9:30 a.m., I shall appear before the Honorable Ronald A. Guzman, United States District Court, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the government's Agreed Motion for Extension of Time, service of which is made upon you.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
       DAVID E. BINDI
       Assistant U.S. Attorney
       219 South Dearborn Street
       5th Floor
       Chicago, Illinois 60604
       (312) 886-7643