## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

United States of America

                Plaintiff,

v.

Ronald Mikos

                Defendant.

Case No.: 1:10–cv–06331
Honorable Ronald A. Guzman


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, November 7, 2011:


        MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 11/8/11 is stricken. Motion by Plaintiff United States of America for extension of time to respond to petitioner's motion under 28 U.S.C. Section 2255 [28] is granted to and including 1/3/12. Mailed notice (cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.