**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:10-cv-6331 |
| *Respondent*, ) | |
| ) | Underlying Case: No. 1:02-CR-00137 |
| v. ) | |
| ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, ) | |
| ) | CAPITAL CASE |
| *Petitioner*. ) | |

## JOINT STATUS REPORT

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      After a number of agreed motions to extend time, which this Court granted, the Government filed its response to Petitioner's § 2255 Motion on January 3, 2012.

3.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.  Petitioner also indicated in that Motion that he intends, when appropriate, to file a memorandum of law and/or additional briefing in support of his § 2255 Motion.

4.      At this time, the parties are discussing further proceedings in this matter, including potential discovery, and are working together to determine whether they can reach agreement on certain issues.  Consequently, the parties jointly advise the Court that this matter is not yet ripe for decision.

5.    The parties will advise the Court on the status of this matter through a second

status report in 60 days or at such other time as is appropriate or the Court would prefer.

Dated: February 1, 2012

Respectfully submitted,

| | |
|---|---|
| RONALD A. MIKOS | UNITED STATES OF AMERICA |
| By: ___s/ Barry Levenstam___<br>Barry Levenstam<br>April A. Otterberg<br>Kaija K. Hupila<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL  60654<br>(312) 222-9350<br>(312) 527-0284 (fax) | PATRICK J. FITZGERALD,<br>United States Attorney<br><br>By: ___s/ David E. Bindi (w/consent)___<br>David E. Bindi<br>Assistant U.S. Attorney<br>219 S. Dearborn Street<br>5th Floor<br>Chicago, IL 60604<br>(312) 886-7643 |
| By: ___s/ Marie F. Donnelly (w/consent)___<br>Marie F. Donnelly<br>ATTORNEY AT LAW<br>1331 West Greenleaf Avenue, #3<br>Chicago, IL  60626<br>(773) 973-3947 | *Counsel for Respondent* |

*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I, Barry Levenstam, an attorney for Petitioner Ronald Mikos, hereby certify that on

February 1, 2012, I caused a copy of the foregoing **Joint Status Report**, to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent, United States*

  s/ Barry Levenstam
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0284 (fax)