**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner*. | ) | |

## JOINT STATUS REPORT

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1. On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2. Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3. On February 1, 2012, the parties filed a Joint Status Report advising the Court that the parties were discussing further proceedings in this matter, including potential discovery.

4. Since the parties' last joint status report on February 1, 2012, the parties have continued to discuss further proceedings in this matter. In particular, the Government is considering Mr. Mikos's requests for certain discovery. The Government has made progress evaluating these requests, and it is still considering a number of the requests. Therefore, the parties believe more time to discuss these issues would be helpful and could potentially narrow

the issues to be presented to the Court for resolution.  Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 60 days or at such other time as the Court would prefer.

Dated: April 6, 2012

Respectfully submitted,

RONALD A. MIKOS                                          UNITED STATES OF AMERICA

By:    s/ Barry Levenstam                                PATRICK J. FITZGERALD,
       Barry Levenstam                                   United States Attorney
       April A. Otterberg
       Kaija K. Hupila                            By:     s/ David E. Bindi (w/consent)
       JENNER & BLOCK LLP                                 David E. Bindi
       353 N. Clark Street                                Assistant U.S. Attorney
       Chicago, IL  60654                                 219 S. Dearborn Street
       (312) 222-9350                                     5th Floor
       (312) 527-0284 (fax)                               Chicago, IL 60604
                                                          (312) 886-7643

By:     s/ Marie F. Donnelly (w/consent)
       Marie F. Donnelly                           *Counsel for Respondent*
       ATTORNEY AT LAW
       1331 West Greenleaf Avenue, #3
       Chicago, IL  60626
       (773) 973-3947

*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I, Barry Levenstam, an attorney for Petitioner Ronald Mikos, hereby certify that on April 6, 2012, I caused a copy of the foregoing **Joint Status Report**, to be served upon the following via electronic filing through the CM/ECF system:

David Bindi
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL  60604-1702
david.bindi@usdoj.gov

*Counsel for Respondent, United States*

 s/ Barry Levenstam
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0284 (fax)