**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner*. | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America,

respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C.

§ 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence

(the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends

to seek in connection with these proceedings, including leave to conduct discovery to develop his

claims.

3.      Since the parties' last joint status report on June 5, 2012, the parties have

continued to discuss further proceedings in this matter.  In particular, the Government is

considering Mr. Mikos's requests for certain discovery.  The Government has made progress

evaluating these requests, and it is still considering a number of the requests.  Therefore, the

parties believe more time to discuss these issues would be helpful and could potentially narrow

the issues to be presented to the Court for resolution.  Accordingly, the parties propose to advise

the Court on the status of this case through another status report, due in 60 days on October 5, 2012, or at such other time as the Court would prefer.

Dated: August 6, 2012

Respectfully submitted,

RONALD A. MIKOS

By:   s/ Barry Levenstam
      Barry Levenstam
      April A. Otterberg
      Kaija K. Hupila
      JENNER & BLOCK LLP
      353 N. Clark Street
      Chicago, IL 60654
      (312) 222-9350
      (312) 527-0284 (fax)

By:   s/ Marie F. Donnelly (w/consent)
      Marie F. Donnelly
      ATTORNEY AT LAW
      1331 West Greenleaf Avenue, #3
      Chicago, IL 60626
      (773) 973-3947

*Counsel for Petitioner*

UNITED STATES OF AMERICA

PATRICK J. FITZGERALD,
United States Attorney

By:   s/ David E. Bindi (w/consent)
      David E. Bindi
      Assistant U.S. Attorney
      219 S. Dearborn Street
      5th Floor
      Chicago, IL 60604
      (312) 886-7643

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I, Barry Levenstam, an attorney for Petitioner Ronald Mikos, hereby certify that on

August 6, 2012, I caused a copy of the foregoing **Joint Status Report**, to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent, United States*

>   s/ Barry Levenstam
> JENNER & BLOCK LLP
> 353 N. Clark Street
> Chicago, IL 60654-3456
> (312) 222-9350
> (312) 527-0284 (fax)