**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America,
respectfully advise the Court as follows:

1. On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C.
§ 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence
(the "§ 2255 Motion").

2. Petitioner's § 2255 Motion identifies several forms of procedural relief he intends
to seek in connection with these proceedings, including leave to conduct discovery to develop his
claims.

3. Since the parties' last joint status report on December 6, 2013, the parties have
continued to discuss further proceedings in this matter. In particular, the Government is
considering Mr. Mikos's requests for certain discovery. The Government has made progress
evaluating these requests, and it is still considering a number of the requests. Therefore, the
parties believe more time to discuss these issues would be helpful and could potentially narrow
the issues to be presented to the Court for resolution. Accordingly, the parties propose to advise

the Court on the status of this case through another status report, due in 62 days on April 7, 2014,

or at such other time as the Court would prefer.


Dated: February 4, 2014


Respectfully submitted,

RONALD A. MIKOS                                UNITED STATES OF AMERICA

By:    s/ Barry Levenstam                      ZACHARY T. FARDON,
       Barry Levenstam                         United States Attorney
       April A. Otterberg
       Kaija K. Hupila                         By:    s/ David E. Bindi (w/consent)
       JENNER & BLOCK LLP                             David E. Bindi
       353 N. Clark Street                            Assistant U.S. Attorney
       Chicago, IL  60654                             219 S. Dearborn Street
       (312) 222-9350                                 5th Floor
       (312) 527-0284 (fax)                           Chicago, IL 60604
                                                      (312) 886-7643

By:    s/ Marie F. Donnelly (w/consent)
       Marie F. Donnelly                       *Counsel for Respondent*
       ATTORNEY AT LAW
       1331 West Greenleaf Avenue, #3
       Chicago, IL  60626
       (773) 973-3947

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I, Barry Levenstam, an attorney for Petitioner Ronald Mikos, hereby certify that on

February 4, 2014, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

 s/ Barry Levenstam
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0284 (fax)
