**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |
| _____ | ) | |

### <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PETITIONER</u>

Kaija K. Hupila, counsel for Petitioner Ronald Mikos, respectfully requests that this

Court enter an order granting Ms. Hupila leave to withdraw as counsel for Mr. Mikos. In

support of this motion, counsel states as follows:

1. Kaija K. Hupila is one of the attorneys of record for Mr. Mikos in the above-
captioned matter.

2. Ms. Hupila is leaving her employment with Jenner & Block LLP and is unable
to continue her representation of Mr. Mikos. Mr. Mikos will continue to be represented in this
matter by Barry Levenstam and April A. Otterberg of Jenner & Block LLP and Marie F.
Donnelly.

3. Counsel respectfully submits that Mr. Mikos will continue to be adequately
represented by these other counsel, and that accordingly Mr. Mikos will suffer no prejudice
from counsel's withdrawal.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order
granting her leave to withdraw her appearance as counsel of record for Mr. Mikos in this
proceeding.

Dated: May 22, 2014

Respectfully submitted,

RONALD A. MIKOS

By:   s/ Kaija K. Hupila
       Barry Levenstam
       April A. Otterberg
       Kaija K. Hupila
       JENNER & BLOCK LLP
       353 N. Clark Street
       Chicago, IL  60654
       (312) 222-9350
       (312) 527-0284 (fax)

       Marie F. Donnelly
       ATTORNEY AT LAW
       1331 West Greenleaf Avenue, #3
       Chicago, IL  60626
       (773) 973-3947

*Counsel for Petitioner*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically filed the foregoing **Motion for Leave to Withdraw as Counsel for Petitioner** with the clerk of the U.S. District Court, Northern District of Illinois, using the electronic case filing (ECF) system of the court. The ECF system sent a "Notice of Electronic Filing" to the attorneys of record who have to accept this notice as service of this document by electronic means. Copies will be sent to those indicated as non-registered participants by U.S. Mail or facsimile at the addresses of their counsel of record or last known residence.

s/ Kaija K. Hupila
KAIJA K. HUPILA

3