**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |
| _____ | ) | |

**NOTICE OF MOTION**

To: See CM/ECF Service List

     **PLEASE TAKE NOTICE** that on May 29, 2014 at 9:30 A.M., the undersigned shall appear before the Honorable Ronald A. Guzman at the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1219, located at 219 S. Dearborn Street, Chicago, Illinois 60604, or any judge sitting in his stead, and shall then and there present counsel's Motion for Leave to Withdraw as Counsel for Petitioner, a copy of which is hereby served upon you.

Dated: May 22, 2014

Respectfully submitted,

RONALD A. MIKOS

By:    <u>s/ Kaija K. Hupila</u>
       Barry Levenstam
       April A. Otterberg
       Kaija K. Hupila
       JENNER & BLOCK LLP
       353 N. Clark Street
       Chicago, IL 60654
       (312) 222-9350
       (312) 527-0284 (fax)

       Marie F. Donnelly
       ATTORNEY AT LAW
       1331 West Greenleaf Avenue, #3
       Chicago, IL 60626
       (773) 973-3947

*Counsel for Petitioner*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2014, I electronically filed the foregoing **Notice of Motion** with the clerk of the U.S. District Court, Northern District of Illinois, using the electronic case filing (ECF) system of the court. The ECF system sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accept this notice as service of this document by electronic means. Copies will be sent to those indicated as non-registered participants by U.S. Mail or facsimile at the addresses of their counsel of record or last known residence.

s/ Kaija K. Hupila
KAIJA K. HUPILA