**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

## JOINT STATUS REPORT

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      Since the parties' last joint status report on April 7, 2014, the parties have continued to discuss further proceedings in this matter. In particular, the Government is considering Mr. Mikos's requests for certain discovery. The Government has made progress evaluating these requests, and it is still considering a number of the requests. Therefore, the parties believe more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution. Accordingly, the parties propose to advise

the Court on the status of this case through another status report, due in 60 days on August 5, 2014, or at such other time as the Court would prefer.

Dated: June  6, 2014

Respectfully submitted,

RONALD A. MIKOS                                         UNITED STATES OF AMERICA

By:    s/ Barry Levenstam                          ZACHARY T. FARDON,
        Barry Levenstam                                  United States Attorney
        April A. Otterberg
        Kaija K. Hupila                                  By:    s/ David E. Bindi (w/consent)
        JENNER & BLOCK LLP                                       David E. Bindi
        353 N. Clark Street                                      Assistant U.S. Attorney
        Chicago, IL  60654                                       219 S. Dearborn Street
        (312) 222-9350                                           5th Floor
        (312) 527-0284 (fax)                                     Chicago, IL 60604
                                                                 (312) 886-7643

By:    s/ Marie F. Donnelly (w/consent)
        Marie F. Donnelly                                *Counsel for Respondent*
        ATTORNEY AT LAW
        1331 West Greenleaf Avenue, #3
        Chicago, IL  60626
        (773) 973-3947

*Counsel for Petitioner*

2

**CERTIFICATE OF SERVICE**

I, Barry Levenstam, an attorney for Petitioner Ronald Mikos, hereby certify that on

June 6, 2014, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

      s/ Barry Levenstam

JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0284 (fax)