**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

**STATUS REPORT**

Petitioner Ronald Mikos, through counsel, respectfully advises the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      Since the parties' June 6, 2014 joint status report, the parties have continued to discuss further proceedings in this matter.  In particular, the Government is considering Mr. Mikos's requests for certain discovery.  Petitioner's counsel understands that the Government has made progress evaluating those requests and that it is still considering a number of the requests.  As a result, Petitioner's counsel believe that more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

4.      On July 31, 2014, counsel for Petitioner, April A. Otterberg, contacted counsel for Respondent, AUSA David Bindi, via email and attached a draft joint status report in this matter

for his review and approval.  Ms. Otterberg sent follow-up emails to Mr. Bindi on August 4 and August 5 and also attempted to reach him by phone on August 5, but she was unsuccessful in communicating with him immediately before filing this report on its August 5 due date.

5. Petitioner's counsel propose to advise the Court on the status of this case through another status report, due in 62 days on October 6, 2014, or at such other time as the Court would prefer.

Dated: August 5, 2014                                  Respectfully submitted,


                                                       RONALD A. MIKOS

                                                       By:  __s/ April A. Otterberg_____
                                                              Barry Levenstam
                                                              April A. Otterberg
                                                              JENNER & BLOCK LLP
                                                              353 N. Clark Street
                                                              Chicago, IL  60654
                                                              (312) 222-9350
                                                              (312) 527-0284 (fax)

                                                       By:  __s/ Marie F. Donnelly (w/consent)__
                                                              Marie F. Donnelly
                                                              ATTORNEY AT LAW
                                                              1331 West Greenleaf Avenue, #3
                                                              Chicago, IL  60626
                                                              (773) 973-3947

                                                       *Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

August 5, 2014, I caused a copy of the foregoing **Status Report** to be served upon the following

via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

      s/ April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350