**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      Since Mr. Mikos's August 5, 2014 status report, the parties have continued to discuss further proceedings in this matter.  In particular, the Government is considering Mr. Mikos's requests for certain discovery.  The Government has made progress evaluating these requests and is still considering a number of the requests.  Therefore, the parties believe more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

4.      Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 60 days on December 5, 2014, or at such other time as the Court would prefer.

Dated: October 6, 2014

Respectfully submitted,

RONALD A. MIKOS                               UNITED STATES OF AMERICA

By: ___ s/ April A. Otterberg ___            ZACHARY T. FARDON,
        Barry Levenstam                       United States Attorney
        April A. Otterberg
        JENNER & BLOCK LLP                     By: ___ s/ David E. Bindi (w/consent) ___
        353 N. Clark Street                            David E. Bindi
        Chicago, IL  60654                             Assistant U.S. Attorney
        (312) 222-9350                                 219 S. Dearborn Street
        (312) 527-0284 (fax)                           5th Floor
                                                       Chicago, IL 60604
By: ___ s/ Marie F. Donnelly (w/consent) ___           (312) 886-7643
        Marie F. Donnelly
        ATTORNEY AT LAW                         *Counsel for Respondent*
        1331 West Greenleaf Avenue, #3
        Chicago, IL  60626
        (773) 973-3947

*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

October 6, 2014, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL 60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

    s/ April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350