**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

**STATUS REPORT**

Petitioner Ronald Mikos, through counsel, respectfully advises the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      Since the parties' February 3, 2015 joint status report, the parties have continued to discuss further proceedings in this matter. In particular, the Government is considering Mr. Mikos's requests for certain discovery. Petitioner's counsel understands that the Government has made progress evaluating those requests and is still considering a number of the requests. As a result, petitioner's counsel believe that more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

4.      On April 1, 2015, counsel for Petitioner, April A. Otterberg, contacted counsel for Respondent, AUSA David Bindi, via email and attached a proposed joint status report in this

matter for his review and approval.  Ms. Otterberg sent a follow-up email to Mr. Bindi on April 3, 2015 and left a voice message for Mr. Bindi mid-morning on April 6, 2015, but was unsuccessful in communicating with Mr. Bindi immediately before filing this report on its April 6 due date.

5. Petitioner's counsel proposes to advise the Court on the status of this case through another status report, due in 60 days on June 5, 2015, or at such other time as the Court would prefer.

Dated: April 6, 2015

Respectfully submitted,

RONALD A. MIKOS

By:    s/ April A. Otterberg
      Barry Levenstam
      April A. Otterberg
      JENNER & BLOCK LLP
      353 N. Clark Street
      Chicago, IL  60654
      (312) 222-9350
      (312) 527-0284 (fax)

By:    s/ Marie F. Donnelly (w/consent)
      Marie F. Donnelly
      ATTORNEY AT LAW
      1331 West Greenleaf Avenue, #3
      Chicago, IL  60626
      (773) 973-3947

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

April 6, 2015, I caused a copy of the foregoing **Status Report** to be served upon the following

via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*


      s/ April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350