**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      Since Mr. Mikos's May 31, 2016 status report, the parties have continued to discuss further proceedings in this matter.  In particular, the Government is considering Mr. Mikos's requests for certain discovery.  The Government has made progress evaluating these requests and is still considering a number of the requests.  Therefore, the parties believe more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

4.      Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 60 days on September 27, 2016, or at such other time as the Court would prefer.

Dated: July 29, 2016

Respectfully submitted,

| | |
|---|---|
| RONALD A. MIKOS | UNITED STATES OF AMERICA |
| By:    s/ April A. Otterberg | ZACHARY T. FARDON, |
|      Barry Levenstam | United States Attorney |
|      April A. Otterberg | |
|      JENNER & BLOCK LLP | By:    s/ David E. Bindi (w/consent) |
|      353 N. Clark Street |      David E. Bindi |
|      Chicago, IL  60654 |      Assistant U.S. Attorney |
|      (312) 222-9350 |      219 S. Dearborn Street |
|      (312) 527-0284 (fax) |      5th Floor |
| |      Chicago, IL 60604 |
| By:    s/ Marie F. Donnelly (w/consent) |      (312) 886-7643 |
|      Marie F. Donnelly | |
|      ATTORNEY AT LAW | *Counsel for Respondent* |
|      1331 West Greenleaf Avenue, #3 | |
|      Chicago, IL  60626 | |
|      (773) 973-3947 | |

*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

July 29, 2016, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

      s/April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350