**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      The Government provided an additional response, on March 21, 2017, to Mr. Mikos's requests for certain discovery.

4.      Since Mr. Mikos's March 28, 2017 status report, the parties have discussed the additional response, and Mr. Mikos's counsel is in the process of evaluating the appropriate next steps in this matter, which includes the need to confer further with the Government regarding discovery and other issues related to this case.

5. Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 62 days on July 31, 2017, or at such other time as the Court would prefer.

Dated: May 30, 2017

Respectfully submitted,

RONALD A. MIKOS

By: s/ April A. Otterberg
    Barry Levenstam
    April A. Otterberg
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654
    (312) 222-9350
    (312) 527-0284 (fax)

By: s/ Marie F. Donnelly (w/consent)
    Marie F. Donnelly
    ATTORNEY AT LAW
    1331 West Greenleaf Avenue, #3
    Chicago, IL 60626
    (773) 973-3947

*Counsel for Petitioner*

UNITED STATES OF AMERICA

JOEL R. LEVIN,
Acting United States Attorney

By: s/ David E. Bindi (w/consent)
    David E. Bindi
    Assistant U.S. Attorney
    219 S. Dearborn Street
    5th Floor
    Chicago, IL 60604
    (312) 886-7643

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

May 30, 2017, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL 60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

  s/April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
