**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )  )  *Respondent*, )  ) v. )  ) RONALD MIKOS, )  ) *Petitioner* ) | No. 1:10-cv-6331  Underlying Case: No. 1:02-CR-00137  Hon. Ronald A. Guzman  CAPITAL CASE |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      The Government provided an additional response, on March 21, 2017, to Mr. Mikos's requests for certain discovery.

4.      Since Mr. Mikos's May 30, 2017 status report, Mr. Mikos's counsel has been in the process of evaluating the appropriate next steps in this matter, which includes the need to confer further with the Government regarding discovery and other issues related to this case.

5.      Accordingly, the parties propose to advise the Court on the status of this case

through another status report, due in 60 days on September 29, 2017, or at such other time as the

Court would prefer.

Dated: July 31, 2017

Respectfully submitted,

RONALD A. MIKOS                                      UNITED STATES OF AMERICA

By:    s/ April A. Otterberg                         JOEL R. LEVIN,
        Barry Levenstam                              Acting United States Attorney
        April A. Otterberg
        JENNER & BLOCK LLP                   By:      s/ David E. Bindi (w/consent)
        353 N. Clark Street                          David E. Bindi
        Chicago, IL  60654                           Assistant U.S. Attorney
        (312) 222-9350                               219 S. Dearborn Street
        (312) 527-0284 (fax)                         5th Floor
                                                     Chicago, IL 60604
By:     s/ Marie F. Donnelly (w/consent)             (312) 886-7643
        Marie F. Donnelly
        ATTORNEY AT LAW                       *Counsel for Respondent*
        1331 West Greenleaf Avenue, #3
        Chicago, IL  60626
        (773) 973-3947

*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

July 31, 2017, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

s/April A. Otterberg<br>
JENNER & BLOCK LLP<br>
353 N. Clark Street<br>
Chicago, IL 60654-3456<br>
(312) 222-9350