**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America,

respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C.

§ 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence

(the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends

to seek in connection with these proceedings, including leave to conduct discovery to develop his

claims.

3.      The Government provided an additional response, on March 21, 2017, to Mr.

Mikos's requests for certain discovery.  Mr. Mikos's counsel responded further on September 25,

2017.

4.      Since Mr. Mikos's November 28, 2017 status report, Mr. Mikos's counsel have

continued to evaluate and work on the appropriate next steps in this case, and the Government is

considering the September 25, 2017 letter from Mr. Mikos's counsel addressing certain

discovery matters. The parties believe more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

5. Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 60 days on March 30, 2018, or at such other time as the Court would prefer.

Dated: January 29, 2018

Respectfully submitted,

RONALD A. MIKOS                                UNITED STATES OF AMERICA

By: ___s/ April A. Otterberg___                JOHN R. LAUSCH, JR.,
      Barry Levenstam                          United States Attorney
      April A. Otterberg
      JENNER & BLOCK LLP                        By: ___s/ David E. Bindi (w/consent)___
      353 N. Clark Street                            David E. Bindi
      Chicago, IL 60654                              Assistant U.S. Attorney
      (312) 222-9350                                 219 S. Dearborn Street
      (312) 527-0284 (fax)                           5th Floor
                             Chicago, IL 60604

By: ___s/ Marie F. Donnelly (w/consent)___           (312) 886-7643
      Marie F. Donnelly
      ATTORNEY AT LAW                          *Counsel for Respondent*
      1331 West Greenleaf Avenue, #3
      Chicago, IL 60626
      (773) 973-3947

*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

January 29, 2018, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

     s/April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350