**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      The Government provided an additional response, on March 21, 2017, to Mr. Mikos's requests for certain discovery.  Mr. Mikos's counsel responded further on September 25, 2017.

4.      Since Mr. Mikos's July 30, 2018 status report, Mr. Mikos's counsel have continued to evaluate and work on the appropriate next steps in this case, and the Government is considering the September 25, 2017 letter from Mr. Mikos's counsel addressing certain

discovery matters.  The parties believe more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

5.    Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 60 days on November 27, 2018, or at such other time as the Court would prefer.


Dated: September 28, 2018


Respectfully submitted,

RONALD A. MIKOS                                    UNITED STATES OF AMERICA

By:    s/ April A. Otterberg                       JOHN R. LAUSCH, JR.,
       Barry Levenstam                             United States Attorney
       April A. Otterberg
       JENNER & BLOCK LLP                          By:     s/ David E. Bindi (w/consent)
       353 N. Clark Street                                 David E. Bindi
       Chicago, IL  60654                                  Assistant U.S. Attorney
       (312) 222-9350                                      219 S. Dearborn Street
       (312) 527-0284 (fax)                                5th Floor
                                                           Chicago, IL 60604
By:    s/ Marie F. Donnelly (w/consent)                    (312) 886-7643
       Marie F. Donnelly
       ATTORNEY AT LAW                             *Counsel for Respondent*
       1331 West Greenleaf Avenue, #3
       Chicago, IL  60626
       (773) 973-3947

*Counsel for Petitioner*

2

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

September 28, 2018, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*


  s/April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350