**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner* | ) | |

## JOINT STATUS REPORT

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1. On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2. Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3. The Government provided an additional response, on March 21, 2017, to Mr. Mikos's requests for certain discovery. Mr. Mikos's counsel responded further on September 25, 2017.

4. Since Mr. Mikos's November 27, 2018 status report, Mr. Mikos's counsel have continued to evaluate and work on the appropriate next steps in this case, and the Government is considering the September 25, 2017 letter from Mr. Mikos's counsel addressing certain

discovery matters.  The parties believe more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

5.      Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 60 days on March 26, 2019, or at such other time as the Court would prefer.

Dated: January 28, 2019

Respectfully submitted,

RONALD A. MIKOS

By:    s/ April A. Otterberg
     April A. Otterberg
     JENNER & BLOCK LLP
     353 N. Clark Street
     Chicago, IL  60654
     (312) 222-9350
     (312) 527-0284 (fax)

By:    s/ Marie F. Donnelly (w/consent)
     Marie F. Donnelly
     ATTORNEY AT LAW
     1331 West Greenleaf Avenue, #3
     Chicago, IL  60626
     (773) 973-3947

*Counsel for Petitioner*

UNITED STATES OF AMERICA

JOHN R. LAUSCH, JR.,
United States Attorney

By:    s/ David E. Bindi (w/consent)
     David E. Bindi
     Assistant U.S. Attorney
     219 S. Dearborn Street
     5th Floor
     Chicago, IL 60604
     (312) 886-7643

*Counsel for Respondent*

2

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

January 28, 2019, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL 60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

    s/April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350