**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:10-cv-6331 |
| *Respondent*, ) | |
| ) | Underlying Case: No. 1:02-CR-00137 |
| v. ) | |
| ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, ) | |
| ) | CAPITAL CASE |
| *Petitioner* ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.

3.      The Government provided an additional response, on March 21, 2017, to Mr. Mikos's requests for certain discovery.  Mr. Mikos's counsel responded further on September 25, 2017.

4.      Since Mr. Mikos's January 28, 2019 status report, Mr. Mikos's counsel have continued to evaluate and work on the appropriate next steps in this case, and the Government is considering the September 25, 2017 letter from Mr. Mikos's counsel addressing certain  discovery

matters. The parties believe more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

5. Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 60 days on May 25, 2019, or at such other time as the Court would prefer.

Dated: March 26, 2019

Respectfully submitted,

RONALD A. MIKOS                                    UNITED STATES OF AMERICA

By:     s/ April A. Otterberg                      JOHN R. LAUSCH, JR.,
        April A. Otterberg                         United States Attorney
        JENNER & BLOCK LLP
        353 N. Clark Street                 By:     s/ David E. Bindi (w/consent)
        Chicago, IL  60654                          David E. Bindi
        (312) 222-9350                              Assistant U.S. Attorney
        (312) 527-0284 (fax)                        219 S. Dearborn Street
                                                    5th Floor
*Counsel for Petitioner*                            Chicago, IL 60604
                                                    (312) 886-7643

                                           *Counsel for Respondent*

**CERTIFICATE OF SERVICE**

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

March 26, 2019, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*


       s/April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350