**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner.* | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America,
respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C.
§ 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the
"§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends
to seek in connection with these proceedings, including leave to conduct discovery to develop his
claims.

3.      The Government provided an additional response, on March 21, 2017, to Mr.
Mikos's requests for certain discovery.  Mr. Mikos's counsel responded further on September 25,
2017.

4.      Since Mr. Mikos's March 26, 2019 status report, Mr. Mikos's counsel have
continued to evaluate and work on the appropriate next steps in this case, and the Government is
considering the September 25, 2017 letter from Mr. Mikos's counsel addressing certain  discovery

matters. The parties believe more time to discuss these issues would be helpful and could potentially narrow the issues to be presented to the Court for resolution.

5. In addition, shortly after this status report is filed, Mr. Mikos will be filing a motion to substitute and appoint counsel. In that motion, Mr. Mikos will ask this Court to allow one of his current court-appointed lawyers, Barry Levenstam of Jenner & Block LLP, to withdraw because he is retiring from the practice of law. Mr. Mikos will ask to substitute in his place April Otterberg, a partner at Jenner & Block who has represented Mr. Mikos in this matter with Mr. Levenstam since before the § 2255 Motion was filed, and the Federal Defender for the Middle District of Pennsylvania, which has developed expertise in capital habeas cases and which has agreed to accept this appointment. Mr. Mikos's other appointed counsel, Marie Donnelly, will also remain as Mr. Mikos's counsel.

6. Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 62 days on July 29, 2019, or at such other time as the Court would prefer.

Dated: May 28, 2019

Respectfully submitted,

RONALD A. MIKOS

By:   s/ April A. Otterberg
    April A. Otterberg
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL  60654
    (312) 222-9350
    (312) 527-0284 (fax)

*Counsel for Petitioner*

UNITED STATES OF AMERICA

JOHN R. LAUSCH, JR.,
United States Attorney

By:   s/ David E. Bindi (w/consent)
    David E. Bindi
    Assistant U.S. Attorney
    219 S. Dearborn Street
    5th Floor
    Chicago, IL 60604
    (312) 886-7643

*Counsel for Respondent*

By:    s/ Marie F. Donnelly (w/consent)
       Marie F. Donnelly
       ATTORNEY AT LAW
       1331 West Greenleaf Avenue, #3
       Chicago, IL  60626
       (773) 973-3947

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

May 28, 2019, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> David Bindi
> Assistant United States Attorney
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> david.bindi@usdoj.gov
>
> *Counsel for Respondent the United States*

<div style="margin-left:40%">

 s/April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350

</div>