**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner.* | ) | |

**UNOPPOSED MOTION FOR SUBSTITUTION
AND APPOINTMENT OF COUNSEL AT NO COST TO THE COURT**

Through the undersigned counsel, Ronald Mikos, a federal prisoner convicted of murder and sentenced to death, hereby moves, pursuant to 18 U.S.C. § 3599(a)(2), for substitution and appointment of counsel, at no cost to this Court, to represent him in his ongoing 28 U.S.C. § 2255 litigation and any and all available post-conviction remedies. In support of this motion, Mr. Mikos submits the accompanying memorandum and states as follows:

1. Mr. Mikos filed his motion for relief under § 2255 in this Court on October 4, 2010. Before that motion was filed, this Court entered an *ex parte* order appointing two attorneys, Barry Levenstam and Marie Donnelly, as Mr. Mikos's counsel.

2. Mr. Levenstam and attorneys at his law firm, Jenner & Block LLP, have appeared on a *pro bono* basis in these proceedings. Mr. Levenstam recently made the decision to retire from the practice of law. Given Mr. Levenstam's retirement, Mr. Mikos asks that Mr. Levenstam be granted permission to withdraw as his counsel in this matter.

3. To replace Mr. Levenstam, Mr. Mikos asks that this Court appoint April Otterberg, a partner at Jenner & Block who has been involved in Jenner & Block's representation of Mr.

Mikos since Mr. Levenstam's appointment and who would appear on a *pro bono* basis, and the Federal Defender for the Middle District of Pennsylvania ("the MDPA Defender"), Leane Renée appearing *pro hac vice*, also at no cost to this Court. The appointment of counsel from the MDPA Defender is appropriate to ensure that Mr. Mikos will continue after Mr. Levenstam's retirement to have comparable post-conviction representation in this proceeding, without increasing costs. Attorneys at the MDPA Defender have particular expertise and dedicated resources to assist in the litigation of capital § 2255 cases such as this one, and they would appear in this case at no cost to this Court.

4.      The grounds for this motion are more fully set forth in the accompanying memorandum and incorporated herein by reference.

5.      Mr. Mikos's counsel submits that the Government does not have standing to object to the relief requested in this motion, and counsel understands that motions like this motion are typically filed on an *ex parte* basis under seal. Nonetheless, as a courtesy, Ms. Otterberg has consulted with David Bindi, counsel for the Government, regarding this motion. Mr. Bindi has authorized counsel to state that the Government does not object to the relief requested in this motion.

2

WHEREFORE, for the foregoing reasons, Mr. Mikos respectfully requests that this Court enter an order that (a) allows Mr. Levenstam to withdraw as his counsel, and (b) formally appoints in his place, at no cost to this Court, both Ms. Otterberg and the Middle District of Pennsylvania Federal Public Defender.

Dated: May 29, 2019

Respectfully submitted,

RONALD A. MIKOS

By:   s/ Barry Levenstam & April A. Otterberg
Barry Levenstam
April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
(312) 222-9350

  s/ Marie F. Donnelly
Marie F. Donnelly
Attorney at Law
P.O. Box 6528
Evanston, IL 60204
(773) 680-7042

*Counsel for Petitioner*

3