**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Respondent*, | ) | No. 1:10-cv-6331 |
| | ) | Underlying Case: No: 1:02-CR-00137 |
| | ) | |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner*. | ) | |

**NOTICE OF MOTION**

TO:  David Bindi
     Assistant United States Attorney
     219 South Dearborn St., 5th Floor
     Chicago, IL  60604-1702
     david.bindi@usdoj.gov

PLEASE TAKE NOTICE that on Tuesday, June 4, 2019, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, United States District Court, in the courtroom usually occupied by him in Room 1801 at 219 S. Dearborn Street, Chicago, Illinois, and then and there present Petitioner's **Unopposed Motion For Substitution Of Counsel At No Cost To The Court**, service of which is made upon you via the CM/ECF system.

Dated: May 29, 2019                                      Respectfully submitted,

                                                        /s/ April A. Otterberg
Marie F. Donnelly                                        April A. Otterberg
ATTORNEY AT LAW                                          JENNER & BLOCK LLP
P.O. Box 6528                                            353 N. Clark Street
Evanston, IL 60204                                       Chicago, IL 60654
(773) 680-7042                                           (312) 222-9350
mfdonnelly05@gmail.com                                   aotterberg@jenner.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2019, a true and correct copy of the foregoing **Unopposed Motion For Substitution Of Counsel At No Cost To The Court**, along with its accompanying memorandum, was electronically filed with the Clerk of the Court for the District Court for the Northern District of Illinois by using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

<u>  /s/ April A. Otterberg  </u>

*Counsel for Petitioner*