## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United States of America

                        Plaintiff,

v.                                                    Case No.: 1:10–cv–06331
                                                      Honorable Ronald A. Guzman

Ronald Mikos

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2019:

        MINUTE entry before the Honorable Ronald A. Guzman: Petitioner's unopposed motion for substitution and appointment of counsel at no cost to the court [83] is granted. Attorney Barry Levenstam terminated. Attorney April Otterberg appointed as substitute counsel. Motion hearing noticed for 6/4/2019 is stricken and no appearance is required. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.