**United States District Court Northern District of Illinois**
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

United States of America v. Ronald Mikos
1:10-cv-06331

Application for Leane Renée

Attachment

Has the applicant ever been censured, suspended, disbarred, or otherwise disciplined by any court?  I was admitted to the Bar of Maryland on June 6, 1998, and I have had no disciplinary actions.  I was administratively suspended on April 7, 2011, for lapse in payment of my annual registration fee and I was reinstated on September 8, 2011.  I practiced law solely in California from 2003 to 2012.  I am in good standing with the Bar of Maryland.

Has the applicant ever been transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?  I have elected to register as inactive in the California Bar since 2013, after relocating to Pennsylvania.  I am inactive and in good standing with the California Bar.