## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United States of America

Plaintiff,

v.                                                    Case No.: 1:10–cv–06331
                                                      Honorable Ronald A. Guzman

Ronald Mikos

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2019:

        MINUTE entry before the Honorable Ronald A. Guzman: Attorney Leane Renee's motion for leave to appear pro hac vice [87] on behalf of the defendant is granted. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.