**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner*. | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.	On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.	Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims. To that end, Mr. Mikos has made certain discovery requests to the Government and understands that the Government is considering those requests.

3.	Since Mr. Mikos's May 28, 2019 status report, Mr. Mikos's counsel have continued to evaluate and work on the appropriate next steps in this case. In addition, on May 30, 2019, this Court granted a motion filed by Mr. Mikos's counsel to (a) withdraw Barry Levenstam's appearance on behalf of Mr. Mikos, given his retirement from the practice of law, and (b) substitute, for Mr. Levenstam, April Otterberg of Jenner & Block LLP and the Office of the Federal Public Defender for the Middle District of Pennsylvania. Dkt. 86. On May 29, 2019, Ms.

Leane Renée from that Office filed a motion to appear *pro hac vice* on Mr. Mikos's behalf; this Court granted that motion on June 26, 2019.   Dkt. 88.

4.      On July 17, 2019, Assistant U.S. Attorney David Bindi advised Ms. Otterberg via email that he would be retiring from the U.S. Attorney's office effective as of July 19, 2019. Assistant U.S. Attorney Corey Rubenstein will be representing the Government in this matter and intends to file his appearance in this case in short order.

5.      On July 26, 2019, Mr. Rubenstein spoke with one of Mr. Mikos's lawyers, Ms. Otterberg.  Ms. Otterberg and Mr. Rubenstein agreed that new counsel for both parties need time to get up to speed on the issues in the case and that, once that occurs, counsel can resume discussions about next steps in this proceeding.

6. Accordingly, the parties propose to advise the Court on the status of this case in 91 days (October 28, 2019), or at such other time as the Court would prefer.

Dated: July 29, 2019

Respectfully submitted,

RONALD A. MIKOS

By: _s/ April A. Otterberg_
April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
(312) 527-0284 (fax)

*Counsel for Petitioner*


By: _s/ Marie F. Donnelly (w/consent)_
Marie F. Donnelly
ATTORNEY AT LAW
1331 West Greenleaf Avenue, #3
Chicago, IL 60626
(773) 973-3947

*Counsel for Petitioner*

By: _s/ Leane Renée (w/consent)_
Leane Renée
Office of the Federal Public Defender
for the Middle District of Pennsylvania
Capital Habeas Unit
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
(717) 782-3843
Appearing *Pro Hac Vice*

UNITED STATES OF AMERICA

JOHN R. LAUSCH, JR.,
United States Attorney

By: _s/ Corey Rubenstein (w/consent)_
Corey Rubenstein
Assistant U.S. Attorney
219 S. Dearborn Street
5th Floor
Chicago, IL 60604
(312) 886-7643
Appearance Forthcoming

*Counsel for Respondent*

3

## CERTIFICATE OF SERVICE

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on July 29, 2019, I caused a copy of the foregoing **Joint Status Report** to be served upon the following via electronic filing through the CM/ECF system:

> United States Attorney's Office
> 219 S. Dearborn St., 5th Floor
> Chicago, IL 60604-1702
> usailn.ecfausa@usdoj.gov
> caseview.ecf@usdoj.gov
>
> *Counsel for Respondent the United States*

I also certify that on July 29, 2019, I have separately emailed a copy of the foregoing Joint Status Report to Corey Rubenstein, Counsel for the Respondent the United States, at corey.rubenstein@usdoj.gov.


     s/April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350