UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 10 CV 6331 |
| | ) | |
| v. | ) | |
| | ) | JUDGE RONALD A. GUZMAN |
| RONALD MIKOS | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  *s/Corey Rubenstein*
    COREY RUBENSTEIN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-8880

1

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

## ATTORNEY DESIGNATION

was served on July 29, 2019, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

By: _s/Corey Rubenstein_
COREY RUBENSTEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8880

2