**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner.* | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Petitioner Ronald Mikos, by counsel, and pursuant to 18 U.S.C. § 3599(e) and Rule 83.17 of the Local Rules for the U.S. District Court for the Northern District of Illinois, respectfully requests this Court grant one of his attorneys, Marie F. Donnelly, leave to withdraw as his counsel, due to her acceptance of an Assistant Federal Public Defender position with the Capital Habeas Unit of the Federal Public Defender for the Middle District of Florida. Conditions of this new employment dictate Ms. Donnelly's need to withdraw from Mr. Mikos's representation under § 3599(e), but he will continue to be represented by other appointed counsel pursuant to §§ 3599(c) & (d).  In support of this motion, Petitioner states as follows:

1.      Mr. Mikos filed his motion for relief under § 2255 in this Court on October 4, 2010. Before that motion was filed, this Court entered an *ex parte* order appointing two attorneys, Barry Levenstam, of Jenner & Block LLP, and Marie Donnelly, as Mr. Mikos's counsel.

2.      On May 30, 2019, this Court entered an order substituting April Otterberg for Mr. Levenstam as Mr. Mikos's counsel from Jenner & Block, given Mr. Levenstam's retirement from

the practice of law. Dkt. 86. The Court also appointed counsel from the Federal Public Defender for the Middle District of Pennsylvania, Leane Renée, to represent Mr. Mikos. *Id.*

3.      Recently, the Federal Public Defender for the Middle District of Florida offered Ms. Donnelly an Assistant Public Defender position, which she has accepted. However, her prospective position within that office's Capital Habeas Unit requires that she withdraw from her current appointment in this Court.

4.      Ms. Otterberg, of Jenner & Block, and Ms. Renée, of the Federal Public Defender for the Middle District of Pennsylvania, will continue their representation of Mr. Mikos in these proceedings. Ms. Otterberg has discussed Ms. Donnelly's withdrawal with Mr. Mikos.

WHEREFORE, for the foregoing reasons, Mr. Mikos respectfully requests that this Court enter an order that allows Ms. Donnelly to withdraw as his counsel.

Dated: October 25, 2019

Respectfully submitted,

RONALD A. MIKOS

By:   s/ Leane Renée (w/consent)
    Leane Renée
    Office of the Federal Public Defender
      for the Middle District of
      Pennsylvania
    Capital Habeas Unit
    100 Chestnut Street, Suite 300
    Harrisburg, PA 17101
    (717) 782-3843
    Appearing *Pro Hac Vice*

By:   s/ April A. Otterberg
    April A. Otterberg
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654
    (312) 222-9350
    (312) 527-0284 (fax)

By:   s/ Marie F. Donnelly (w/ consent)
    Marie F. Donnelly
    ATTORNEY AT LAW
    P.O. Box 6528
    Evanston, IL 60204
    (773) 680-7042

*Counsel for Petitioner*