**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner.* | ) | |

## <u>NOTICE OF MOTION</u>

TO:  Corey B. Rubenstein
     Assistant United States Attorney
     United States Attorney's Office
     219 South Dearborn St., 5th Floor
     Chicago, IL 60604-1702
     CRubenstein@usdoj.gov

PLEASE TAKE NOTICE that on Tuesday, November 5, 2019, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, United States District Court, in the courtroom usually occupied by him in Room 1801 at 219 S. Dearborn Street, Chicago, Illinois, and then and there present Petitioner's **Motion To Withdraw As Counsel**, service of which is made upon you via the CM/ECF system.

Dated: October 25, 2019

Respectfully submitted,

RONALD A. MIKOS

By:   s/ Leane Renée (w/consent)
      Leane Renée
      Office of the Federal Public Defender
        for the Middle District of
        Pennsylvania
      Capital Habeas Unit
      100 Chestnut Street, Suite 300
      Harrisburg, PA 17101
      (717) 782-3843
      Appearing *Pro Hac Vice*

By:   s/ April A. Otterberg
      April A. Otterberg
      JENNER & BLOCK LLP
      353 N. Clark Street
      Chicago, IL  60654
      (312) 222-9350
      (312) 527-0284 (fax)

By:   s/ Marie F. Donnelly (w/ consent)
      Marie F. Donnelly
      ATTORNEY AT LAW
      P.O. Box 6528
      Evanston, IL 60204
      (773) 680-7042

*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

October 25, 2019, I caused a copy of the foregoing **Notice of Motion** and **Motion To Withdraw**

**As Counsel** to be served upon the following via electronic filing through the CM/ECF system:

> Assistant U.S. Attorney Corey Rubenstein
> United States Attorney's Office
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> usailn.ecfausa@usdoj.gov
> corey.rubenstein@usdoj.gov
>
> *Counsel for Respondent the United States*


>   s/April A. Otterberg
> JENNER & BLOCK LLP
> 353 N. Clark Street
> Chicago, IL 60654-3456
> (312) 222-9350