**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner*. | ) | |

**JOINT STATUS REPORT**

Petitioner Ronald Mikos, through counsel, and Respondent the United States of America, respectfully advise the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      Petitioner's § 2255 Motion identifies several forms of procedural relief he intends to seek in connection with these proceedings, including leave to conduct discovery to develop his claims.  To that end, Mr. Mikos has made certain discovery requests to the Government.

3.      On May 30, 2019, this Court granted a motion filed by Mr. Mikos's counsel: (a) granting leave to Barry Levenstam of Jenner & Block LLP to withdraw his appearance on behalf of Mr. Mikos, given Mr. Levenstam's retirement from the practice of law, and (b) substituting, for Mr. Levenstam, April Otterberg of Jenner & Block LLP and the Office of the Federal Public Defender for the Middle District of Pennsylvania (the "MDPA").  Dkt. 86.  On June 26, 2019, this Court granted a motion filed by Leane Renée from the MDPA to appear *pro hac vice* in this matter on Mr. Mikos's behalf.  Dkt. 88.

4.      On July 29, 2019, Assistant U.S. Attorney Corey Rubenstein filed his appearance in this matter, after the retirement of the prior Assistant U.S. Attorney assigned to this matter, David Bindi.  Dkt. 90.  That same day, the parties filed a joint status report and indicated that they would provide a further report to this Court on October 28, 2019.  Dkt. 89.

5.      On October 25, 2019, Mr. Mikos's other longtime appointed counsel, Marie Donnelly, filed a motion to withdraw from this matter, as she has accepted a position with the Office of the Federal Public Defender for the Middle District of Florida and, due to that position, may no longer continue with this case.  Dkt. 91.

6.      The following statements in this paragraph are submitted by counsel for Mr. Mikos only, and counsel for the Government does not necessarily agree with these statements.  The withdrawal of Ms. Donnelly means that Mr. Mikos is no longer represented by either of the qualified habeas counsel who represented him since the filing of his petition.  As stated in the motion to appoint the MDPA, although Ms. Otterberg has represented Mr. Mikos for the duration, her practice is primarily in the civil area.  Dkt. 84 at 3-6.  With Ms. Donnelly's withdrawal, that means the habeas experience required to adequately represent Mr. Mikos in this matter will come from the MDPA.  Since the appointment of the MDPA, Ms. Otterberg has, among other things, been coordinating the still-ongoing transmission of copies of Mr. Mikos's extremely voluminous case files to the MDPA, and attorneys from the MDPA, including Ms. Renée, have been working to review Mr. Mikos's case files and engaging in initial discussions and meetings with Ms. Otterberg and with their new client.  That work is ongoing.  The MDPA is not yet fully up to speed on Mr. Mikos' case, and they do not yet believe they can competently represent Mr. Mikos in these proceedings.  As such, they and Ms. Otterberg require additional time to review and assess Mr. Mikos's case, to consult with each other, and to determine and move forward with the appropriate

2

next steps in this matter. Mr. Mikos thus proposes that the parties should advise the Court on the status of this case in 90 days (January 27, 2020), or at such other time as the Court would prefer. Mr. Mikos does not necessarily object to the idea of a status conference, as the Government suggests below, but his counsel does not believe a status conference could be productive at this time because the perspective of Mr. Mikos's counsel on the case status is what is reflected in this paragraph. Mr. Mikos's counsel is working to be able to be specific and concrete about the next steps and schedule in this case, and intends to try to be in a position to do so in 90 days, but additional time is required at this point to review the matter and undertake the consultations described in this paragraph.

7. On October 9, 2019, Ms. Renée and Ms. Otterberg spoke with Mr. Rubenstein, including about Mr. Mikos's requests for discovery and Ms. Donnelly's anticipated withdrawal from this case. Mr. Rubenstein advised that the Government's position is that if Mr. Mikos continues to wish to seek discovery, he should file a motion under Rule 6 of the Rules for Proceeding Under 28 U.S.C. § 2255 requesting leave to do so. He also advised that although the Government does not object to additional time to permit Mr. Mikos's additional new counsel to assess and review the case, the Government does not agree to Mr. Mikos's proposal merely to file another status report in 90 days. The Government instead suggests that the Court should set a status hearing within the next 30-60 days, at which time a schedule for any further proceedings may be set.

3

Dated: October 28, 2019

Respectfully submitted,

RONALD A. MIKOS

By:    s/ April A. Otterberg
      April A. Otterberg
      JENNER & BLOCK LLP
      353 N. Clark Street
      Chicago, IL  60654
      (312) 222-9350
      (312) 527-0284 (fax)


By:    s/ Leane Renée (w/consent)
      Leane Renée
      Office of the Federal Public Defender
        for the Middle District of Pennsylvania
      Capital Habeas Unit
      100 Chestnut Street, Suite 300
      Harrisburg, PA 17101
      (717) 782-3843
      Appearing *Pro Hac Vice*


*Counsel for Petitioner*

UNITED STATES OF AMERICA

JOHN R. LAUSCH, JR.,
United States Attorney

By:    s/ Corey Rubenstein (w/consent)
      Corey Rubenstein
      Assistant U.S. Attorney
      219 S. Dearborn Street
      5th Floor
      Chicago, IL 60604
      (312) 886-7643


*Counsel for Respondent*

4

**CERTIFICATE OF SERVICE**

I, April A. Otterberg, an attorney for Petitioner Ronald Mikos, hereby certify that on

October 28, 2019, I caused a copy of the foregoing **Joint Status Report** to be served upon the

following via electronic filing through the CM/ECF system:

> Assistant U.S. Attorney Corey Rubenstein
> United States Attorney's Office
> 219 S. Dearborn St., 5th Floor
> Chicago, IL 60604-1702
> usailn.ecfausa@usdoj.gov
> corey.rubenstein@usdoj.gov
>
> *Counsel for Respondent the United States*

>   s/April A. Otterberg
> JENNER & BLOCK LLP
> 353 N. Clark Street
> Chicago, IL 60654
> (312) 222-9350