## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

United States of America

                            Plaintiff,

v.                                              Case No.: 1:10–cv–06331
                                                Honorable Ronald A. Guzman

Ronald Mikos

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2019:

        MINUTE entry before the Honorable Ronald A. Guzman: Marie F. Donnelly's motion for leave to withdraw as counsel for Petitioner [91] is granted. April Otterberg and Leane Rene will continue to represent Petitioner. Noticed motion date of 11/5/2019 is stricken as moot. Status hearing set for 12/18/2019 at 10:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.