# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

United States of America

                          Plaintiff,

v.                                          Case No.: 1:10–cv–06331
                                            Honorable Ronald A. Guzman

Ronald Mikos

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2020:

    MINUTE entry before the Honorable Ronald A. Guzman: Status hearing previously set for 1/22/2020 will stand, but the time of that hearing is changed to 10:30 AM. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.