IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
                                   )
                                   )
-vs-                               ) Case No. 10 C 6331
                                   )
                                   ) Chicago, Illinois
RONALD MIKOS,                      ) December 18, 2019
                                   ) 10:00 o'clock a.m.
                    Defendant.     )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE RONALD A. GUZMAN

APPEARANCES:

For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
                          United States Attorney
                          BY:  MR. COREY B. RUBENSTEIN
                          Assistant United States Attorney
                          219 South Dearborn Street
                          Chicago, Illinois 60604

For the Defendant:        JENNER & BLOCK LLP
                          BY:  APRIL ANN OTTERBERG
                          353 North Clark Street
                          Chicago, Illinois 60654

                          FEDERAL PUBLIC DEFENDER FOR
                          THE MIDDLE DISTRICT OF PENNSYLVANIA
                          CAPITAL HABEAS UNIT
                          BY:  MS. LEANE RENEE
                          100 Chestnut Street, Suite 300
                          Harrisburg, Pennsylvania 17101

**Mary M. Hacker, CSR, RPR**
**Court Reporter**
**United States District Court**
**219 South Dearborn Street**
**Chicago, Illinois  60604**
**Telephone:  (312) 435-5885**

(Proceedings had in open court:)

THE CLERK:  10 C 6331, U.S.A. versus Mikos, status hearing.

MR. RUBENSTEIN:  Good morning, your Honor.  Corey Rubenstein on behalf of the United States.

MS. RENEE:  Good morning, your Honor.  Leane Renee for the Federal Public Defender Office for Middle District of Pennsylvania.

MS. OTTERBERG:  And April Otterberg of Jenner & Block on behalf of defendant Mikos.

THE COURT:  Good morning everyone.

MS. OTTERBERG:  Good morning, your Honor.

THE COURT:  So tell me what's going to happen with this petition.  What do you wish to do?

MS. RENEE:  Your Honor, as you know, the Middle District of Pennsylvania came into the case earlier this year, and there are copious records.  So we have been working consistently with Jenner & Block to receive all of those files.  We're still in the process of receiving many files.

Also, because Ms. Donnelly has withdrawn from the case, we're trying to get her files as well so that we can review them.

We've spoken with Mr. Rubenstein about our need to just get those files.  Once we have those and we can review them, we'll have a better idea of a concrete time line that

we can come up with.

So we're asking for maybe I think -- Ms. Otterberg's office believes they can have all of the files sent over to us by the end of January. And if at that point we can do another status hearing to come up with a timeline that we can review all of these records, that's what I would propose.

THE COURT: I'm not sure I understood -- you mentioned something about getting Ms. Donnelly's files?

MS. OTTERBERG: Yes, your Honor.

There were -- prior to this year there were two appointed counsel on the case. One is -- one of my now retired partners was one of the appointed counsel, and then there was another attorney, Ms. Marie Donnelly, who was appointed counsel as well. And she withdrew from the case in October and --

THE COURT: Was she from an office, from a firm?

MS. OTTERBERG: She was a solo practitioner, Judge.

THE COURT: She's a solo practitioner?

MS. OTTERBERG: Yes.

THE COURT: Okay.

MS. OTTERBERG: And she has since moved to, I think, a federal defender's office in Florida and was not allowed to keep the case with her as part of that process.

And so now we've had, you know, a complete

changeover in appointed counsel, and my firm has been doing the very best we can to get the records together.

It's a very substantial trial record, in terms of work on the case and all of that, so that Ms. Renee and her colleagues can get up to speed, and then we can, as a team, you know, move forward in terms of litigating this matter.

THE COURT:  Okay.  So what would hold up transferring your files to the Federal Defender for the Middle District of Pennsylvania?

MS. OTTERBERG:  There's not a holdup.  It is more just a physical reality of the volume and that a lot of the files were in -- were maintained in paper.  And so, we're scanning so that we have a copy and they have a copy, and then we can move forward.

We've given a substantial volume already -- I mean, I think a hundred thousand some pages or something already -- of just various types of files that we believe are, you know, part of our case files on this matter and we have more to go. But we will continue to be working on that and diligent about that.

And then because of Ms. Donnelly's move, we're still working on getting her files as well.  And then we will be in a better position to consult with each other and figure out the next steps.

THE COURT:  Okay.  And the files from

Ms. Otterberg's office, how do you intend to go about getting those?

MS. OTTERBERG:  Those are -- as I said, Judge, we have a lot of materials that we've maintained in hard copy.

THE COURT:  Those are your materials?

MS. OTTERBERG:  These are -- some of it is our materials, some of it is the trial record in the case, some of it is investigation work.  There's a variety of different types of files that we maintain is part of our files.

Some of it is easily -- and we provided a lot of files that we had electronically already.  But there's a lot -- I mean, boxes of files that are undergoing, you know, a scanning process.

And so, all I can say, Judge, is that it is underway and we are absolutely working on that process.

THE COURT:  Okay.  Is there any information that you're seeking that is not in the possession of Jenner & Block?

MS. RENEE:  Your Honor, we would like to see prior counsel's file, and Ms. Otterberg -- it's my understanding that she has been communicating with Ms. Donnelly to get her file and --

THE COURT:  Let me stop you there.

What have your communications been?

MS. OTTERBERG:  I last sent Ms. Donnelly another

e-mail last night.  It's basically the fact of just her move to Florida and sort of how that has happened that I think has delayed the transmission of those files.  We're working on it.

THE COURT:  Has she responded to your e-mails?

MS. OTTERBERG:  Yes.  I've been in contact with her.  She hasn't responded to the e-mail I sent her last night yet but I fully expect her to.  It's not a matter of her being out of contact; it was just the logistical issue of, I think, the move and --

THE COURT:  Do you know if her files are digital or on paper?

MS. OTTERBERG:  I think it's a mix of both, and that's what I will continue to work on with her to make sure it can happen.

THE COURT:  Okay.

All right.  Well, let's just give this a short 30-day status hearing so you can tell me -- step No. 1 appears to be to get all of the information to new counsel. Let's see how close we are to doing that in 30 days.

MS. OTTERBERG:  That would be fine, Judge.  Thank you.

THE CLERK:  January 22 at 10:00 a.m.

MR. RUBENSTEIN:  Thank you, your Honor.

MS. RENEE:  Thank you.

MS. OTTERBERG:  Thank you, your Honor.

THE COURT:  Okay.  I'm trying to understand if we really have to call counsel in from Pennsylvania.  That seems like a long way to come for a status hearing.

MR. RUBENSTEIN:  I suggested that same thing this morning, Judge.  It's up to your Honor.

THE COURT:  Lots of people like to come to this courtroom.  So maybe that's --

MR. RUBENSTEIN:  Not in late January, Judge.

THE COURT:  All right.

Let's do this:  Why don't we just have you file a report.  We'll let local counsel can come in.  We will have you file a report as to where you stand, what you think you received, and what else you think you're going to need, and hopefully a timeline for obtaining that information.

Just a couple of days before the January 22nd status hearing will work.  And then you folks can tell me orally where you stand.

MS. OTTERBERG:  A joint status report is what you're contemplating, or just a report for us --

THE COURT:  Just one from counsel from Pennsylvania, so she doesn't have to be here.  Then you folks can tell me orally what's been accomplished and where you think you stand.

MS. OTTERBERG:  Okay.

THE COURT:  Anything else we should address?

MR. RUBENSTEIN:  No, Judge.

MS. RENEE:  Thank you, your Honor.

MS. OTTERBERG:  Thank you, your Honor.

THE COURT:  Thank you.

THE CLERK:  Court stands in recess.

(Brief recess was taken.)

(Which were all the proceedings heard.)

CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.


/s/ *Mary M. Hacker*                    *January 7, 2020*

_____          _____
Mary M. Hacker                          Date
Court Reporter