**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner*. | ) | |

**STATUS REPORT**

Petitioner Ronald Mikos, through counsel, Leane Renée, respectfully advises the Court as follows:

1.      On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2.      On May 30, 2019, this Court granted a motion filed by Mr. Mikos's counsel: (a) granting leave to Barry Levenstam of Jenner & Block LLP to withdraw his appearance on behalf of Mr. Mikos, and (b) substituting, for Mr. Levenstam, April Otterberg of Jenner & Block LLP and the Office of the Federal Public Defender for the Middle District of Pennsylvania (the "MDPA"). Dkt. 86. On June 26, 2019, this Court granted a motion filed by Leane Renée from the MDPA to appear *pro hac vice* in this matter on Mr. Mikos's behalf. Dkt. 88.

3.      On July 29, 2019, Assistant U.S. Attorney Corey Rubenstein filed his appearance in this matter, after the retirement of the prior Assistant U.S. Attorney assigned to this matter, David Bindi. Dkt. 90. That same day, the parties filed a joint status report and indicated that they would provide a further report to this Court on October 28, 2019. Dkt. 89.

4.      On October 25, 2019, Mr. Mikos's other long term appointed counsel, Marie Donnelly, filed a motion to withdraw from this matter, to relocate for employment in the Office of the Federal Public Defender for the Middle District of Florida.  Dkt. 91.  The Court granted that motion on October 29, 2019, and set a status hearing on December 18, 2019. Dkt. 94.

5.      During the status hearing on December 18, 2019, undersigned counsel explained that, due to the extraordinary number of records in this case and an unanticipated need to transfer all paper and electronic files from Ms. Donnelly due to her recent withdrawal, the MDPA had not yet received all of co-counsel's files.  A thorough review of every document in this case is ethically required for new counsel to adequately review the record and appropriately represent Mr. Mikos.

6.      At the time of the hearing, co-counsel at Jenner & Block had transmitted to the MDPA a large volume of materials, including more than 100,000 pages of records that had been maintained electronically or scanned from hard-copy files, with an estimated additional 47 bankers boxes of documents remaining to be scanned and sent to the MDPA.  At the time of the hearing, neither counsel had received Ms. Donnelly's files due to her recent move.  The Court allowed undersigned counsel to provide the present written status report in lieu of personal appearance at a status hearing scheduled next week.

7.  Since the status hearing in December, undersigned counsel has received from co-counsel at Jenner & Block approximately 225,000 pages of documents maintained in hard copy by Jenner & Block or Ms. Donnelly in relation to this matter.  Ms. Otterberg and the MDPA are discussing additional files that are maintained in electronic form by Jenner & Block, and need additional time to address those matters.  Counsel are optimistic that they can complete these discussions and further file transfer within 45 days.  Undersigned counsel has been informed that Ms. Otterberg relayed to Ms. Donnelly the MDPA's need for all of her remaining files.

8.      Therefore, undersigned counsel respectfully requests leave to file a status report in 45 days regarding the file transfer.  Undersigned counsel anticipates needing 60 days after receipt of the complete file to assess the record volume and determine a realistic timeline by which the file review may be complete and counsel for Mr. Mikos will be able to propose a timeline for moving this matter forward.

Dated:  17 January 2020

Respectfully submitted,

RONALD A. MIKOS


By:     s/ Leane Renée
        Leane Renée
        Asst. Federal Public Defender
        Middle District of Pennsylvania
        Capital Habeas Unit
        100 Chestnut Street, Third Floor
        Harrisburg, PA 17101
        (717) 782-3843
        Appearing *Pro Hac Vice*

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

 I, Leane Renée, an attorney for Petitioner Ronald Mikos, hereby certify that on January 17, 2020, I caused a copy of the foregoing **Status Report** to be served upon the following via electronic filing through the CM/ECF system:

> Assistant U.S. Attorney Corey Rubenstein
> United States Attorney's Office
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> usailn.ecfausa@usdoj.gov
> corey.rubenstein@usdoj.gov
>
> *Counsel for Respondent the United States*

> s/ Leane Renée
> Office of the Federal Public Defender
> for the Middle District of Pennsylvania
> Capital Habeas Unit
> 100 Chestnut Street, Third Floor
> Harrisburg, PA 17101
> (717) 782-3843