**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-6331 |
| *Respondent*, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Ronald A. Guzman |
| RONALD MIKOS, | ) | |
| | ) | CAPITAL CASE |
| *Petitioner*. | ) | |

## STATUS REPORT

Petitioner Ronald Mikos, through counsel, Leane Renée, respectfully advises the Court as follows:

1. On October 4, 2010, Petitioner Ronald Mikos filed his Motion under 28 U.S.C. § 2255 for a New Trial and to Vacate, Set Aside, and Correct Conviction and Death Sentence (the "§ 2255 Motion").

2. On May 30, 2019, this Court granted a motion filed by Mr. Mikos's counsel: (a) granting leave to Barry Levenstam of Jenner & Block LLP to withdraw his appearance on behalf of Mr. Mikos, and (b) substituting, for Mr. Levenstam, April Otterberg of Jenner & Block LLP and the Office of the Federal Public Defender for the Middle District of Pennsylvania (the "MDPA"). Dkt. 86. On June 26, 2019, this Court granted a motion filed by Leane Renée from the MDPA to appear *pro hac vice* in this matter on Mr. Mikos's behalf. Dkt. 88.

3. On July 29, 2019, Assistant U.S. Attorney Corey Rubenstein filed his appearance in this matter, after the retirement of the prior Assistant U.S. Attorney assigned to this matter,

David Bindi. Dkt. 90. That same day, the parties filed a joint status report and indicated that they would provide a further report to this Court on October 28, 2019. Dkt. 89.

4. On October 25, 2019, Mr. Mikos's other long term appointed counsel, Marie Donnelly, filed a motion to withdraw from this matter, to relocate for employment in the Office of the Federal Public Defender for the Middle District of Florida. Dkt. 91. The Court granted that motion on October 29, 2019, and set a status hearing on December 18, 2019. Dkt. 94.

5. During the status hearing on December 18, 2019, undersigned counsel explained that, due to the extraordinary number of records in this case and an unanticipated need to transfer all paper and electronic files from Ms. Donnelly due to her recent withdrawal, the MDPA had not yet received all of co-counsel's files. A thorough review of every document in this case is ethically required for new counsel to adequately review the record and appropriately represent Mr. Mikos.

6. At the time of the hearing, co-counsel at Jenner and Block had transmitted to the MDPA a large volume of materials, including more than 100,000 pages of records that had been maintained electronically or scanned from hard-copy files.

7. Following the status hearing in December, undersigned counsel received from Jenner and Block approximately 225,000 additional pages of documents maintained in hard copy by Jenner and Block or Ms. Donnelly in relation to this matter.

8. Ms. Donnelly has provided nearly all remaining files to undersigned counsel. Ms. Donnelly is in communication with undersigned counsel and is in the process of transferring the remaining files.

9. In January, Petitioner's counsel discussed the remaining electronically stored files still to be shared by Jenner and Block with the MDPA. At Jenner and Block's request, on January

31, the MDPA provided a list of priority categories of electronic files to be transferred. The undersigned counsel has been advised that, thereafter, Jenner and Block worked to collect approximately 30,000 electronic documents that may relate to the firm's representation of Mr. Mikos over many years. On March 13, 2020, Jenner and Block advised undersigned counsel that they expect to transfer approximately 9,000 of those electronically stored documents within the next two weeks, subject to any technical issues Jenner and Block may encounter in the production process. Jenner and Block advises they are continuing to address the remainder of the electronically stored documents potentially related to legal services provided to Mr. Mikos.

10. Therefore, undersigned counsel respectfully requests leave to file a status report in 30 days regarding the file transfer. Undersigned counsel anticipates needing 60 days after receipt of the complete file to assess the record volume and determine a realistic timeline by which the file review may be complete and counsel for Mr. Mikos will be able to propose a timeline for moving this matter forward.

Dated: 16 March 2020

Respectfully submitted,

RONALD A. MIKOS

By:   s/ Leane Renée
        Leane Renée
        Asst. Federal Public Defender
        Middle District of Pennsylvania
        Capital Habeas Unit
        100 Chestnut Street, Third Floor
        Harrisburg, PA 17101
        (717) 782-3843
        Appearing *Pro Hac Vice*

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I, Leane Renée, an attorney for Petitioner Ronald Mikos, hereby certify that on March 16, 2020, I caused a copy of the foregoing **Status Report** to be served upon the following via electronic filing through the CM/ECF system:

> Assistant U.S. Attorney Corey Rubenstein
> United States Attorney's Office
> 219 S. Dearborn St., 5th Floor
> Chicago, IL  60604-1702
> usailn.ecfausa@usdoj.gov
> corey.rubenstein@usdoj.gov
>
> *Counsel for Respondent the United States*

> s/ Leane Renée
> Office of the Federal Public Defender
> for the Middle District of Pennsylvania
> Capital Habeas Unit
> 100 Chestnut Street, Third Floor
> Harrisburg, PA 17101
> (717) 782-3843