**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

United States of America

Plaintiff,

v.

Case No.: 1:10–cv–06331
Honorable Ronald A. Guzman

Ronald Mikos

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 21, 2020:

     MINUTE entry before the Honorable Ronald A. Guzman: No later than July 24, 2020, the government is directed to file a brief statement indicating whether it objects to continuing a status hearing for 90 days, as requested by Defendant. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.