**United States District Court Northern District of Illinois**
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

United States of America v. Ronald Mikos
1:10-cv-06331

Application for Beth A. Muhlhauser

Attachment

I became a member of the New Jersey Bar in January, 1995, but resigned my membership in or around 1997/1998 because New Jersey had a "bona fide office" requirement that required a physical office address in order to practice in that state. New Jersey also did not permit an attorney to take inactive status in New Jersey if they were actively practicing in another state. I was working in Philadelphia at the time. Because I knew that I would never live in New Jersey, and would likely never have an office there, I resigned my bar membership in order to avoid paying fees to a state in which I would never practice.