**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

United States of America

                                        Plaintiff,

v.                                                                    Case No.: 1:10–cv–06331
                                                                      Honorable Ronald A. Guzman

Ronald Mikos

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 21, 2020:

     MINUTE entry before the Honorable Ronald A. Guzman: The government has indicated that it objects to the 90–day extension sought by Defendant. In light of the ten–year pendency of this action, Defendant is directed to file, within 21 days, a statement indicating a date by which he will file a reply in support of his § 2255 motion. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.