# EXHIBIT 2

## Otterberg, April A.

| | |
|---|---|
| **From:** | Bindi, David (USAILN) <David.Bindi@usdoj.gov> |
| **Sent:** | Tuesday, January 31, 2012 11:41 AM |
| **To:** | Otterberg, April A. |
| **Subject:** | RE: United States v. Mikos |

April:

I have reviewed your discovery request.  I think some of it can be produced, and there would be objections to some of it, but it is going to take me some time to sort through this.  I think the best option at this point is your first proposal – a joint statement to the Court that the parties are in discussions and will advise the Court as appropriate regarding further proceedings.  I will get to work with the case agent, and I will contact you as soon as possible on the discovery issues.

Best,
David

**From:** Otterberg, April A. [mailto:AOtterberg@jenner.com]
**Sent:** Wednesday, January 25, 2012 11:23 AM
**To:** Bindi, David (USAILN)
**Cc:** Levenstam, Barry; mfdonnelly05@gmail.com; Hupila, Kaija K.
**Subject:** United States v. Mikos

David:

Please see the attached, in follow-up to our call last week.

Regards,
April

**April A. Otterberg**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel (312) 840-8646
Fax (312) 840-8746
AOtterberg@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.