# EXHIBIT 4

## Otterberg, April A.

| | |
|---|---|
| **From:** | Bindi, David (USAILN) <David.Bindi@usdoj.gov> |
| **Sent:** | Wednesday, March 28, 2012 3:31 PM |
| **To:** | Otterberg, April A. |
| **Subject:** | RE: Mikos |

April:

You were correct about the date for the status report, but the next one can be filed any time you're ready.

The language you present to include in the report is appropriate, and acceptable as is.  I have nothing to add.

Best,
David

---

**From:** Otterberg, April A. [mailto:AOtterberg@jenner.com]
**Sent:** Wednesday, March 28, 2012 3:25 PM
**To:** Bindi, David (USAILN)
**Subject:** RE: Mikos

David:

Thanks for your note – I was going to check in with you today as well.  We appreciate your efforts to review our discovery requests, and we are comfortable with your preference to address the requests all at once rather than on a piecemeal basis.

I believe the joint status report is due April 9 rather than April 4, but we can file it next week if we're ready to do so.  We propose including language along these lines:

> Since the parties' last joint status report on February 1, 2012, the parties have continued to engage in discussions about further proceedings in this matter.  In particular, the Government is considering Mr. Mikos's requests for certain discovery.  Although the Government has made progress evaluating these requests, it is still considering a number of the requests, and the parties believe more time to discuss these issues would be helpful and potentially could narrow the issues to be presented to the Court for resolution.  Accordingly, the parties propose to advise the Court on the status of this case through another status report, due in 60 days (June 9, 2012) or at such other time as the Court would prefer.

Let me know if you think this is sufficient or would like additional or different language.  Then we'll draw up the draft joint status report for your approval.

Best,
April

---

**April A. Otterberg**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel (312) 840-8646

1

Fax (312) 840-8746
AOtterberg@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Bindi, David (USAILN) [mailto:David.Bindi@usdoj.gov]
**Sent:** Wednesday, March 28, 2012 10:38 AM
**To:** Otterberg, April A.
**Subject:** Mikos

April:

We are going to have to report next Wednesday that more time is needed to negotiate the discovery request.  The case agent and I have schedules that don't mesh well, and we haven't had sufficient time to consider all of the requests.  We have made some progress, but I'd rather not deal with this piecemeal.  My preference is to present you and Barry with a comprehensive response when we are ready to do so.  I would suggest another 60 days, and a status report on June 4.  Please let me know if we can agree on this.  Thanks.

Best,

David Bindi
Assistant U.S. Attorney
Northern District of Illinois
219 S. Dearborn, 5th Floor
Chicago, IL 60604
(312) 886-7643