# EXHIBIT 5



**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

David E. Bindi
Assistant U.S. Attorney
Senior Appellate Counsel
Criminal Division

219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7643
FAX (312) 886-0657
david.bindi@usdoj.gov

BY EMAIL AND U.S. MAIL

March 21, 2017

Barry Levenstam
April Otterberg
JENNER & BLOCK
353 N. Clark Street
Chicago, Illinois 60654

  Re: *United States v. Mikos*, 10 CV 6331 (Northern District of Illinois)

Dear Barry and April:

Thank you for the opportunity to review informally your proposal that the case proceed to discovery pursuant to Rule 6(a).

The government has several concerns regarding the discovery you propose, given the limitations of Section 2255 proceedings and the constraints on discovery under Rule 6(a). We regard the proposal as overbroad both in the Definitions and Instructions section, and among the specific requests, to such an extent that piecemeal efforts to find agreement would not be fruitful. At this time, we cannot agree to proceed on the terms you propose.

The government is in agreement that, informal agreement not being reached, a briefing schedule on any motion for discovery you elect to file is appropriate. Also, if any discovery is ordered by the district court, a schedule for compliance and completion of discovery would be appropriate.

We further agree that any additional briefing that might need to be submitted in support of and in opposition to the Section 2255 motion will have to be taken up with the district court at the appropriate time, after questions regarding discovery have been resolved.

Barry Levenstam                                                                    Page 2
April Otterberg
March 21, 2017


Please call to discuss further.    I look forward to hearing from you.



                                          Very Truly Yours,

                                          JOEL R. LEVIN,
                                          Acting United States Attorney

                             By:     s/ David E. Bindi
                                          DAVID E. BINDI
                                          Assistant U.S. Attorney
                                          219 South Dearborn Street
                                          5th Floor
                                          Chicago, Illinois 60604
                                          (312) 886-7643