# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America

                               Plaintiff,

v.                                                      Case No.: 1:10–cv–06331
                                                            Honorable Ronald A. Guzman

Ronald Mikos

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2020:

        MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 9/17/2020. Petitioner is to file his motion for discovery on or before 11/9/2020. Government's response is due 12/9/2020 and the reply shall be filed no later than 1/15/2021. The motion for discovery shall include any requests to unseal transcripts. When the Court rules on Petitioner's motion for discovery, it will, if necessary, set a schedule for any additional filings by Petitioner. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.