**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | No. 1:10-cv-6331 |
| | ) | |
| v. | ) | Hon. Ronald A. Guzman |
| | ) | |
| RONALD MIKOS, | ) | CAPITAL CASE |
| | ) | |
| Petitioner. | ) | |

**MOTION BY PETITIONER RONALD MIKOS
FOR LEAVE TO FILE OVERLENGTH MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR LEAVE TO CONDUCT DISCOVERY**

Petitioner Ronald Mikos ("Mr. Mikos") respectfully moves this Court for leave to file a

Memorandum of Law of up to fifty (50) pages in length, in support of his forthcoming Motion for

Leave to Conduct Discovery, due November 9, 2020. (*See* Dkt. 118.) In support of this motion,

Mr. Mikos states as follows:

1. This is a capital habeas proceeding in which Mr. Mikos seeks to vacate and set

aside both his murder conviction and his death sentence. To initiate this proceeding, Mr. Mikos

filed a 143-page motion, with 43 exhibits, setting forth 11 separate claims for relief. (Dkt. 1.)

2. After a September 17, 2020 status hearing, this Court entered an order granting Mr.

Mikos until November 9, 2020 to file a motion seeking leave to conduct discovery. (Dkt. 118.)

3. Mr. Mikos is prepared to file his motion seeking discovery on the due date, along

with an accompanying memorandum of law. However, this Court's usual 15-page limit for

memoranda of law has proven insufficient given the complex nature of the case, the volume of Mr.

Mikos's discovery requests, and the specificity with which Mr. Mikos is making his discovery

arguments in light of the "good cause" standard for obtaining discovery in this proceeding.

Consistent with that standard, Mr. Mikos is setting forth with particularity how the requested materials are relevant and material to the claims he has raised in his Section 2255 motion. *See Bracy v. Gramley*, 520 U.S. 899, 908-09 (1997); Rule 6 of the Rules Governing Section 2255 Proceedings.

4. Specifically, Mr. Mikos will seek leave to serve more than 70 separate requests for documents or access to physical items for testing or analysis. He also will be seeking leave to serve several interrogatories, take certain depositions, and issue subpoenas to non-parties. To fairly present these requests to the Court and ensure the record is complete as to the nature and bases for these requests, Mr. Mikos's memorandum of law discusses each discovery request and explains, with specificity, why the requested discovery is relevant to one or more claims set forth in his Section 2255 motion and why he needs such discovery to fully and fairly develop the evidence supporting specific aspects of those claims. The memorandum of law also includes supporting caselaw and legal argument throughout. Although Mr. Mikos's counsel is preparing a memorandum of law that is as concise as possible under the circumstances, they are unable to make this necessary, fulsome presentation within the 15-page limit.

5. The issues in a death penalty case are numerous and complicated, and Mr. Mikos's case is no exception. "Death, in its finality, differs more from life imprisonment than a 100-year prison term differs from one of only a day to two. Because of this qualitative difference, there is a corresponding difference in the need for reliability in the determination that death is the appropriate punishment." *Woodson v. North Carolina*, 428 U.S. 280, 305 (1976).

6. As such, Mr. Mikos seeks leave to file a memorandum of law in support of his discovery motion of up to 50 pages in length. As explained above, the additional pages Mr. Mikos

seeks are justified by the nature of this capital case, and are necessary to ensure that Mr. Mikos has a full and fair opportunity to present his requests for discovery for consideration by this Court.

7.     On November 3 and 4, 2020, counsel for Mr. Mikos, Leane Renée, corresponded by email with Corey Rubenstein, counsel for the Government, regarding the relief requested in this motion.  On November 4, 2020, Mr. Rubenstein indicated that this motion should be filed without the Government's agreement.

WHEREFORE, Mr. Mikos respectfully requests entry of an order permitting him to file a Memorandum of Law of up to 50 pages in length, in support of his Motion for Leave to Conduct Discovery due on November 9, 2020.

Dated: November 4, 2020

Respectfully submitted,

RONALD A. MIKOS

By: _____s/ Leane Renée (w/ consent)_____
Leane Renée
Beth Ann Muhlhauser
Office of the Federal Public Defender
for the Middle District of Pennsylvania
Capital Habeas Unit
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
(717) 782-3843

By: _____s/ April A. Otterberg_____
April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350

*Attorneys for Petitioner Ronald Mikos*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2020, I caused to be electronically filed the foregoing **Motion for Leave to File Overlength Memorandum of Law in Support of Motion for Leave to Conduct Discovery** with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ April A. Otterberg
April A. Otterberg