**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | No. 1:10-cv-6331 |
| | ) | |
| v. | ) | Underlying Case: No. 1:02-cr-00137 |
| | ) | |
| RONALD MIKOS, | ) | Hon. Ronald A. Guzman |
| | ) | |
| Petitioner. | ) | CAPITAL CASE |

**MOTION BY PETITIONER RONALD MIKOS FOR ACCESS TO TRANSCRIPTS
FROM *EX PARTE* HEARINGS IN HIS UNDERLYING CRIMINAL CASE**

Petitioner Ronald Mikos respectfully moves this Court for an order giving his defense counsel access to sealed transcripts of hearings held on an *ex parte* basis with trial counsel in his underlying criminal case, including but not limited to the October 13, 2005 *ex parte* hearing identified on the case docket as having been held at defendant's request. (*See* Case No. 1:02-cr-00137, Dkt. 399.) In support of this motion, Mr. Mikos states as follows:

1. This is a capital habeas proceeding in which Mr. Mikos seeks to vacate and set aside both his murder conviction and his death sentence.

2. After a September 17, 2020 status hearing, this Court entered an order setting November 9, 2020, as the due date for Mr. Mikos's Motion Seeking Leave to Conduct Discovery, as well as any requests seeking access to transcripts that are currently sealed. (Dkt. 118.)

3. Mr. Mikos's counsel have identified one transcript from an *ex parte* hearing that is not found in the files they have maintained or been able to collect in relation to this case. Counsel have attempted to request this transcript from the court reporting service responsible for that hearing, but they were told a court order would be necessary to obtain access. The transcript relates

to an *ex parte* hearing held on October 13, 2005, for which the case docket notes "Ex Parte hearing held on request of defendant." (Case No. 1:02-cr-00137, Dkt. 399.)

4. Mr. Mikos's counsel in this Section 2255 proceeding (and Mr. Mikos himself) need—and are entitled to—access this transcript, as it could contain information relevant to Mr. Mikos's claims set forth in his Section 2255 motion.

5. On November 5, 2020, Mr. Mikos's counsel, Leane Renée, Beth Muhlhauser, and April Otterberg, conferred with counsel for the Government, Corey Rubenstein, regarding the relief sought in this motion. Mr. Rubenstein indicated that, so long as it could be verified in advance that the October 13, 2005 hearing was not an *ex parte* hearing with the Government, the Government did not object to entry of an order allowing Mr. Mikos's current counsel access to the transcript from this hearing and not permitting the Government access to the transcript at this time.

6. After the discussion with Mr. Rubenstein, Mr. Mikos's counsel were able to confirm with the court reporting service that the only appearances of counsel noted on the record for the October 13, 2005 hearing were those of Mr. Mikos's trial counsel, Cynthia Giacchetti and John Beal.

7. Mr. Mikos's counsel do not know the subject of the October 13, 2005 hearing, but as it involved only the Court and trial counsel, the hearing was intended to be confidential as against the Government and the general public, unless and until there is a basis for disclosure. As a result, Mr. Mikos asks for entry of an order authorizing the court reporting service to provide the transcript for the October 13, 2005 hearing to Mr. Mikos's current counsel, while maintaining the transcript's sealed status against the Government and the public.

8. It is possible that Mr. Mikos's counsel will identify additional *ex parte* hearings for which they lack transcripts. To avoid the need to file additional motions to address those situations,

Mr. Mikos seeks entry of an order permitting his counsel access to transcripts for all *ex parte* hearings in this case, so long as the court reporting service is able to verify in advance of providing such transcript that the hearing in question involved only the Court and Mr. Mikos's trial counsel.

WHEREFORE, Mr. Mikos respectfully requests entry of an order:

(a)     permitting Mr. Mikos and his current counsel access to (i) the transcript from the *ex parte* hearing held on October 13, 2005, in Case No. 1:02-CR-00137; and (ii) the transcript from any other *ex parte* hearing in Case No. 1:02-CR-00137, so long as the court reporting service is able to verify in advance of providing such transcript that the hearing in question involved only the Court and Mr. Mikos's trial counsel; and

(b)     maintaining the sealed status of such transcripts such that they will remain unavailable to the public or to the Government.

Dated: November 9, 2020                  Respectfully submitted,

                                         RONALD A. MIKOS

                                         By:     s/ Leane Renée (w/ consent)
                                                 Leane Renée
                                                 Beth Ann Muhlhauser
                                                 Office of the Federal Public Defender
                                                 for the Middle District of Pennsylvania
                                                 Capital Habeas Unit
                                                 100 Chestnut Street, Third Floor
                                                 Harrisburg, PA 17101
                                                 (717) 782-3843

                                         By:     s/ April A. Otterberg
                                                 April A. Otterberg
                                                 JENNER & BLOCK LLP
                                                 353 N. Clark Street
                                                 Chicago, IL 60654-3456
                                                 (312) 222-9350

                                                 *Attorneys for Petitioner Ronald Mikos*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2020, I caused to be electronically filed the foregoing **Motion by Petitioner Ronald Mikos for Access to Transcripts from *Ex Parte* Hearings in His Underlying Criminal Case** with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ April A. Otterberg
April A. Otterberg