**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | No. 1:10-cv-6331 |
| | ) | |
| v. | ) | Hon. Ronald A. Guzman |
| | ) | |
| RONALD MIKOS, | ) | CAPITAL CASE |
| | ) | |
| Petitioner. | ) | |

**UNOPPOSED MOTION BY PETITIONER RONALD MIKOS
FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF
IN SUPPORT OF MOTION FOR LEAVE TO CONDUCT DISCOVERY**

Petitioner Ronald Mikos ("Mr. Mikos") respectfully moves this Court for leave to file a reply brief of up to twenty-five (25) pages in length, in support of his pending Initial Motion for Leave to Conduct Discovery. The reply brief is due January 15, 2021. (*See* Dkt. 118.) The Government does not oppose this motion. In support of this motion, Mr. Mikos states as follows:

1. This is a capital habeas proceeding in which Mr. Mikos seeks to vacate and set aside both his murder conviction and his death sentence. To initiate this proceeding, Mr. Mikos filed a 143-page motion, with 43 exhibits, setting forth 11 separate claims for relief. (Dkt. 1.)

2. After a September 17, 2020 status hearing, this Court entered an order granting Mr. Mikos until November 9, 2020 to file a motion seeking leave to conduct discovery. (Dkt. 118.) In advance of the due date, Mr. Mikos sought and received leave to file an overlength brief in support of his motion. (Dkts. 119–20.) Mr. Mikos filed his motion on November 9, 2020. (Dkts. 122–23.)

3. On December 9, 2020, the Government filed an overlength, 22-page opposition to Mr. Mikos's motion. (Dkt. 124.)

4.      Mr. Miko's reply in support of his motion is due January 15, 2021.  Mr. Mikos is prepared to file his reply on the due date, and his counsel are attempting to be as concise as possible under the circumstances.  However, counsel is unable to fully and adequately respond to the Government's arguments disputing the "good cause" for each of Mr. Mikos's discovery requests within the 15-page limit for the reply brief.

5.      As such, Mr. Mikos seeks leave to file a reply brief in support of his discovery motion of up to 25 pages in length.  The additional pages Mr. Mikos seeks are justified by the nature of this capital case, and are necessary to ensure that Mr. Mikos has a full and fair opportunity to present his requests for discovery for consideration by this Court.

6.      On January 7, 2021, counsel for Mr. Mikos, Leane Renée, corresponded by email with Corey Rubenstein, counsel for the Government, regarding the relief requested in this motion. Later the same day, Mr. Rubenstein indicated by email that the Government does not object to the relief requested in this motion.

2

WHEREFORE, Mr. Mikos respectfully requests entry of an order permitting him to file a reply brief of up to 25 pages in length, in support of his Initial Motion for Leave to Conduct Discovery.

Dated: January 8, 2021

Respectfully submitted,

RONALD A. MIKOS

By:     s/ Leane Renée (w/ consent)
         Leane Renée
         Beth Ann Muhlhauser
         Office of the Federal Public Defender
         for the Middle District of Pennsylvania
         Capital Habeas Unit
         100 Chestnut Street, Third Floor
         Harrisburg, PA 17101
         (717) 782-3843

By:     s/ April A. Otterberg
         April A. Otterberg
         JENNER & BLOCK LLP
         353 N. Clark Street
         Chicago, IL 60654-3456
         (312) 222-9350

*Attorneys for Petitioner Ronald Mikos*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2021, I caused to be electronically filed the foregoing **Unopposed Motion for Leave to File Overlength Reply Brief in Support of Motion for Leave to Conduct Discovery** with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ April A. Otterberg
April A. Otterberg