## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America

                Plaintiff,

v.

Ronald Mikos

                Defendant.

Case No.: 1:10–cv–06331
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 12, 2021:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant's motion for access to transcripts from ex parte hearings in his underlying criminal case [121] is granted in part. Defendant is granted access to the transcript of the ex parte hearing held on October 13, 2005 (No. 02 CR 137, Dkt. # 399). The transcript shall remain sealed until further notice. Defendant may seek to be granted access to transcripts of additional ex parte hearings as necessary. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.