# EXHIBIT 1

## Paula Walter

| | |
|---|---|
| **From:** | Lowrance, Haley <Haley.Lowrance@Illinois.gov> |
| **Sent:** | Tuesday, June 2, 2020 4:26 PM |
| **To:** | Paula Walter |
| **Subject:** | RE: Records Request - Ronald Alan Mikos |
| **Attachments:** | 2002-01077 Ronald Mikos 016003386-1.pdf; 2002-01077 Ronald Mikos 016003386.pdf |

Hi Paula,

Attached are the records of Ronald Mikos' public discipline. I will let you know if we are able to provide anything further without a subpoena. As I mentioned on the phone, any complaint or investigative material cannot be provided without a subpoena.

Thank you,

Haley Lowrance
Assistant General Counsel
Division of Professional Regulation
Illinois Department of Financial and Professional Regulation
100 West Randolph Street, Suite 9-300
Chicago, IL 60601

---

**From:** Paula Walter
**Sent:** Friday, May 29, 2020 12:02 PM
**To:** FPR.FOIA <FPR.FOIA@Illinois.gov>
**Subject:** [External] Records Request - Ronald Alan Mikos

Good afternoon,

Please see the attached request for records.  If it is possible to receive the records via email to this address, that would be preferred.  Otherwise, they may be faxed or mailed to me at the numbers below.

Also, if you would kindly confirm receipt of this request via email, it would be greatly appreciated.

Thanks in advance for your time and attention!

Best regards,
Paula

Paula R. Walter
*Paralegal*
*Capital Habeas Unit*



100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Tel.: 717-782-3843
Fax: 717-782-3966
paula_walter@fd.org
http://pam.fd.org

**Please consider the environment before printing.**

This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply to this e-mail. Thank you for your cooperation.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.