**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the following cases are currently assigned to the Hon. Ronald A. Guzman. Judge Guzman has requested that these cases be reassigned to another judge of this Court pursuant to 28 USC §294(b); therefore

IT IS HEREBY ORDERED THAT the Clerk of Court shall reassign the cases listed below to the district judges of this Court.

**Civil Cases Reassigned from Judge Guzman to Judge Alonso**

| | |
|---|---|
| 1:20-cv-05103 | Parker et al v. IAS Logistics DFW, LLC |
| 1:21-cv-0115 | Smith Jr. v. City of Chicago, The et al |
| 1:22-cv-05962 | Crosby v. Byland Transportation LLC |
| 1:22-cv-06652 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. 7 County Concrete, Inc. |
| 1:19-cv-07930 | United States of America ex rel v. Midland Orthopedic Associates, S.C. |

**Civil Cases Reassigned from Judge Guzman to Judge Blakey**

| | |
|---|---|
| 1:21-cv-06805 | Daly v. West Monroe Partners, Inc. et al |
| 1:22-cv-06759 | US Foods, Inc. v. The Turkey Leg Hut & Company LLC et al |
| 1:22-cv-07052 | Gaines v. City of Chicago et al |
| 1:23-cv-01628 | Wlosik v. Khurshid et al |

**Civil Cases Reassigned from Judge Guzman to Judge Bucklo**

| | |
|---|---|
| 1:19-cv-06269 | U.S. Securities and Exchange Commission v. Feiner et al |
| 1:22-cv-01607 | White v. Pappas et al |
| 1:22-cv-06953 | Gibson v. Open Door Health Center of Illinois |
| 1:23-cv-00060 | Riskus v. United Employee Benefit Fund et al |

**Civil Cases Reassigned from Judge Guzman to Judge Chang**

| | |
|---|---|
| 1:18-cv-03399 | Access Living of Metropolitan Chicago v. City Of Chicago |
| 1:22-cv-04264 | Cohan v. Skyline CM Deerfield LLC |
| 1:22-cv-07256 | Rahn v. TikTok, Inc. et al |
| 1:23-cv-01644 | Skechers U.S.A., Inc. II v. The Partnerships and Unincorporated Associations |
| 1:23-cv-01797 | Patel et al v. Jaddou et al |

**Civil Cases Reassigned from Judge Guzman to Judge Coleman**

| | |
|---|---|
| 1:22-cv-01870 | Sowell v. State of Illinois Department of Human Services |
| 1:22-cv-07096 | McCadd v. The Kraft Heinz Company |
| 1:22-cv-03816 | Mount Vernon Fire Insurance Company v. Jane Child Care Inc. et al. |
| 1:22-cv-06310 | Petkovic v. US Small Business Administration |

**Civil Cases Reassigned from Judge Guzman to Judge Durkin**

| | |
|---|---|
| 1:18-cv-01255 | Levy v. Shulkin |
| 1:20-cv-07209 | Walker v. City of Chicago et al |

1

1:22-cv-00349   Johnson v. Mitek Systems, Inc.
1:22-cv-05359   Flick v. Sterling
1:23-cv-00761   Cruz v. City Of Chicago et al

### Civil Cases Reassigned from Judge Guzman to Judge Ellis

1:20-cv-01857   Balderas v. Illinois Central Railroad Company et al
1:21-cv-05783   Placht v. Argent Trust Company
1:22-cv-05981   Fenton v. City of Chicago et al
1:22-cv-06262   Salud Revenue Partners, LLC v. Community First Healthcare of Illinois, Inc.
1:23-cv-01934   Patton v. Enterprise Holdings, Inc., a Missouri corporation et al

### Civil Cases Reassigned from Judge Guzman to Judge Gettleman

1:19-cv-08013   Mesenbring v. Rollins, Inc. et al
1:22-cv-04375   Lanas v. Rhee
1:22-cv-04873   Owens v. City Of Chicago et al
1:23-cv-00376   Tlaib v. Chattem, Inc.
1:23-cv-01774   Investing Media Solutions LLC v. Siegel

### Civil Cases Reassigned from Judge Guzman to Judge Gottschall

1:22-cv-05980   Evans v. City of Chicago et al

### Civil Cases Reassigned from Judge Guzman to Judge Jenkins

1:19-cv-00683   Macleod v. MidAmerican Energy Services, LLC et al
1:21-cv-06580   Brewer v. Affinity Development Group
1:22-cv-00837   Anderson v. Lawrence Hall Youth Services
1:22-cv-06321   Mirko v. RXO Capacity Solutions, LLC.
1:23-cv-01358   United States of America v. Jones

### Civil Cases Reassigned from Judge Guzman to Judge Kennelly

1:22-cv-03584   Moore v. Office of the Illinois Secretary of State
1:22-cv-04485   Avant v. City of Chicago et al
1:22-cv-06865   Wells Fargo Bank, N.A. v. Bowman, et al
1:23-cv-01074   Art Ask Agency v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto
1:23-cv-01208   Winkler v. American Airlines, Inc.

### Civil Cases Reassigned from Judge Guzman to Judge Kness

1:22-cv-03313   Williams v. United States Of America(FTCA) et al
1:22-cv-06224   Hernandez v. Godoy
1:23-cv-00594   K. et al v. Health Care Service Corp.
1:23-cv-00765   Barhoumeh v. City of Chicago Department of Transportation

### Civil Cases Reassigned from Judge Guzman to Judge Lefkow

1:18-cv-01255   Levy v. Shulkin
1:23-cv-00959   Macklin v. The National Railroad Passenger Corporation

2

**Civil Cases Reassigned from Judge Guzman to Judge Leinenweber**

1:23-cv-00729      Fox Valley & Vicinity Construction Workers Welfare Fund et al v. Allen Prestwood Concrete Construction, Inc. et al

1:23-cv-00981      Chaba v. US Post Office

**Civil Cases Reassigned from Judge Guzman to Judge Maldonado**

1:22-cv-02833      Burns v. City Of Waukegan et al

1:22-cv-05432      Structural Iron Workers Local No. 1 Pension Fund v. VMR Contractors, Inc.

1:22-cv-07226      Knightbrook Insurance Company v. Moonlight Logistics Inc. et al

1:23-cv-00087      Coyote Logistics, LLC v. Bee World Inc.

**Civil Cases Reassigned from Judge Guzman to Judge Pacold**

1:20-cv-03882      Wachala et al v. Astellas US LLC et al

1:22-cv-04504      Carter et al v. PCG International, Inc.

1:22-cv-04596      Solomon v. Detective Zbrozek et al

1:23-cv-00652      Scott v. Starbucks Coffee Company

1:23-cv-01967      Cohan v. LOF2 Lincolnshire, LLC

**Civil Cases Reassigned from Judge Guzman to Chief Judge Pallmeyer**

1:23-cv-00694      Conrad Roofing of Illinois v. Nissan North America, Inc.

1:23-cv-00830      Contreras v. Peke's Pozole, Corp. et al

**Civil Cases Reassigned from Judge Guzman to Judge Rowland**

1:18-cv-04595      Vassileva v. City of Chicago

1:21-cv-02863      Commodity Futures Trading Commission v. LJM Funds Management, Ltd. et al

1:21-cv-04058      Harden Morales v. Solis et al

1:22-cv-06155      Erickson v. The UPS Store, Inc. et al

1:23-cv-00196      Miller v. JPMorgan Chase Bank, N.A.

**Civil Cases Reassigned from Judge Guzman to Judge Seeger**

1:20-cv-03594      Dobyne v. United States of America

1:22-cv-01433      Pittman v. United States Postal Service et al

1:22-cv-04563      Higgins et al v. Village of Lyons et al

1:23-cv-01615      Estate of Maria Trinidad v. Jorge Trinidad et al

1:23-cv-01740      Abrego v. Guevara et al

**Civil Cases Reassigned from Judge Guzman to Judge Shah**

1:10-cv-06331      United States of America v. Mikos

1:22-cv-03751      Santiago v. United States of America

1:23-cv-01168      First American Bank, as Trustee Under Agreement Dated August 19, 2009 and Known as Trust No. 1-09-124 et al v. Northhampton Group Ltd.

1:23-cv-01387      Beal v. Chicago Transit Authority et al

1:23-cv-01529      Nevarez v. Corral

**Civil Cases Reassigned from Judge Guzman to Judge Tharp**

1:19-cv-07377      Indeck Power Eqiupment Company v. Altivia Petrochemicals LLC

1:21-cv-06750      James et al v. The City of Chicago et al

1:22-cv-06756      Kendrick v. The City of Chicago et al
1:23-cv-01466      Cortes v. Zubha Pop Foods, LLC

**Civil Cases Reassigned from Judge Guzman to Judge Valderrama**

1:19-cv-05957      U.S. Securities and Exchange Commission v. Northridge Holdings, Ltd. et al
1:20-cv-02350      Smith v. Greatbanc Trust Company et al
1:21-cv-06000      Thomas v. Ford Motor Company
1:22-cv-04454      Olivarez v. United States of America

**Civil Cases Reassigned from Judge Guzman to Judge Wood**

1:20-cv-06449      Center for the Human Rights of Children et al v. Department of Homeland Security et al
1:22-cv-05047      Brown v. National Construction Rentals, Inc. et al
1:22-cv-05362      Ortiz et al v. Mejias
1:23-cv-00841      Buckley v. TikTok, Inc. et al
1:23-cv-02118      Davis v. Lawson Products, Inc.

**<u>Criminal Case Reassigned from Judge Guzman to Judge Alonso</u>**

1:23-cr-00024        USA v. Rosas

**<u>Criminal Case Reassigned from Judge Guzman to Judge Blakey</u>**

1:22-cr-00423        USA v. Sriram

**<u>Criminal Case Reassigned from Judge Guzman to Judge Bucklo</u>**

1:22-cr-00448        USA v. Nevarez-Beltran et al

**<u>Criminal Cases Reassigned from Judge Guzman to Judge Chang</u>**

1:19-cr-00557        USA v. Mei
1:21-cr-00323        USA v. Ristik

**<u>Criminal Case Reassigned from Judge Guzman to Judge Coleman</u>**

1:23-cr-00079        USA v. Ramirez et al

**<u>Criminal Case Reassigned from Judge Guzman to Judge Durkin</u>**

1:20-cr-00378        USA v. Johnson, et al

**<u>Criminal Cases Reassigned from Judge Guzman to Judge Ellis</u>**

1:20-cr-00624        USA v. Lewis
1:20-cr-00837        USA v. Porter

**<u>Criminal Case Reassigned from Judge Guzman to Judge Gettleman</u>**

1:19-cr-00824        USA v. Price

**<u>Criminal Case Reassigned from Judge Guzman to Judge Kennelly</u>**

1:18-cr-00712        USA v. Franklin et al

**<u>Criminal Case Reassigned from Judge Guzman to Judge Kness</u>**

1:21-cr-00771        USA v. Worku

**<u>Criminal Case Reassigned from Judge Guzman to Judge Lefkow</u>**

1:22-cr-00638        USA v. Brown et al

**<u>Criminal Case Reassigned from Judge Guzman to Judge Leinenweber</u>**

1:22-cr-00599        USA v. Smith

**<u>Criminal Cases Reassigned from Judge Guzman to Judge Maldonado</u>**

1:20-cr-00750        USA v. Nikolic, et al
1:22-cr-00126        USA v. Ware et al

**Criminal Cases Reassigned from Judge Guzman to Judge Pacold**

| | |
|---|---|
| 1:20-cr-00232 | USA v. Collins et al |
| 1:21-cr-00675 | USA v. Mosley |

**Criminal Case Reassigned from Judge Guzman to Judge Rowland**

1:23-cr-00054       USA v. Girardi et al

**Criminal Case Reassigned from Judge Guzman to Judge Seeger**

1:21-cr-00662       USA v. Heise

**Criminal Case Reassigned from Judge Guzman to Judge Shah**

1:20-cr-00912       USA v. Garay

**Criminal Case Reassigned from Judge Guzman to Judge Tharp**

1:06-cr-00964       USA v. Kelly

**Criminal Cases Reassigned from Judge Guzman to Judge Valderrama**

| | |
|---|---|
| 1:20-cr-00232 | USA v. Collins et al |
| 1:21-cr-00389 | USA v. Medellin |

**Criminal Cases Reassigned from Judge Guzman to Judge Wood**

| | |
|---|---|
| 1:20-cr-00315 | USA v. Ranson |
| 1:21-cr-00734 | USA v. Aguiniga et al |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 4th  day of May, 2023