

# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Mikos

District Judge Joan Humphrey Lefkow

Case No. 10-CV-6331

Designated Magistrate Judge
*By Lot - Non Designated Judge

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Judge Manish S. Shah**

Date: Monday, May 15, 2023

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, May 15, 2023

District Reassignment - By Lot

- IOP 13(f)(1) - I recuse myself from this case for the following reasons:

　　28 USC 455(a), (b)(3).


- The reason for recusal having been provided for in IOP Rule 13F2; it is requested that in lieu of a replacement case this matter be made part of the equalization of cases provided for in that rule.

........................................................................................................................................................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot