**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

United States of America

                Plaintiff,

v.

Ronald Mikos

                Defendant.

Case No.: 1:10–cv–06331
Honorable Nancy L. Maldonado

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 26, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado:This case has been reassigned to the calendar of the Honorable Nancy L. Maldonado. By 06/08/2023, the parties shall meet and confer and file a joint Initial Status Report for Reassigned Case, the requirements for which can be found in the undersigned's standing orders on the Court's website.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.