## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

United States of America

                Plaintiff,

v.

                Case No.: 1:10–cv–06331

                Honorable Nancy L. Maldonado

Ronald Mikos

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed the parties' joint status report for reassigned case [140]. The case will be referred to Magistrate Judge McShain for disposition of Defendant Mikos's motion to conduct discovery pursuant to Rule 6 of the Rules Governing Section 2254 cases. [122]; [124]; [128]. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.