## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

United States of America

                       Plaintiff,

v.

Ronald Mikos

                       Defendant.

Case No.: 1:10–cv–06331

Honorable Nancy L. Maldonado

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Heather K. McShain for the purpose of holding proceedings related to: Defendant Mikos's motion to conduct discovery pursuant to Rule 6 of the Rules Governing Section 2254 cases [122]; [124]; [128]. (ca, )

Dated: July 20, 2023

                                                 /s/ Nancy L. Maldonado

                                             United States District Judge