**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10 C 6331 |
| v. | ) | |
| | ) | Hon. Nancy L. Maldonado |
| | ) | |
| Ronald Mikos, | ) | |
| | ) | |
| Defendant-Movant, | ) | |

**ORDER**

This case was docketed in CM/ECF under Nature of Suit 510. However, a Nature of Suit 510 case is for non-death penalty cases. *See* United States Courts, Civil Nature of Suit Code Descriptions.[1] Death penalty actions are Nature of Suit 535. As such, the Clerk is instructed to alter the docket to Nature of Suit 535. This alteration to the Nature of Suit on the docket has no legal impact on this case. *See Yusong Gong v. University of Michigan*, No. 16-15416, 2018 WL 7254249, at \*2 (E.D. Mich. July 17, 2018) (explaining that Nature of Suit is used for record keeping / statistical purposes by the Clerk of Court and has no impact on the case).

Date:   7/10/24

/s/ Nancy L. Maldonado
United States District Court Judge

---

1 https://www.uscourts.gov/sites/default/files/nos_code_descriptions_updated_v.4_12-13-2022_0.pdf (last visited July 9, 2024).