**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

United States of America
                              Plaintiff,

v.                                                    Case No.: 1:10–cv–06331
                                                      Honorable Rebecca R. Pallmeyer

Ronald Mikos
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 12, 2024:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court terminates
the referral to Judge Honorable Heather K. McShain. Mailed notice.(cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.