**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

United States of America

          Plaintiff,

v.

          Case No.: 1:10–cv–06331
          Honorable Rebecca R. Pallmeyer

Ronald Mikos

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 15, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court has reviewed the docket in this case and will rule as promptly as possible on the pending and fully−briefed motion for discovery. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.