**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

United States of America
              Plaintiff,

v.
                                   Case No.: 1:10–cv–06331
                                   Honorable Rebecca R. Pallmeyer

Ronald Mikos
              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In–person status hearing convened. Attorney Muhlhauser appearing via telephone. The parties are directed to confer with regard to outstanding discovery and submit, no later than the next status conference, now set for 4/9/2025 at 10:00 a.m., a report setting forth their agreed discovery protocol and identifying any remaining disputes for the court's resolution. The status report deadline set for 2/19/2025 is stricken. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.