**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

United States of America
                 Plaintiff,

v.
                                       Case No.: 1:10–cv–06331
                                       Honorable Rebecca R. Pallmeyer

Ronald Mikos
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In light of the Executive Grant of Clemency dated December 23, 2024, [151] see also United States v. Mikos, No. 02 CR 137–1 (N.D. Ill.) [503], the Clerk is instructed to alter the Nature of Suit on the Docket to Nature of Suit 510 (Prisoner: Vacate Sentence) which is used for non–death penalty 28 U.S.C. 2255 cases. See United States Courts, Civil Nature of Suit Code Descriptions. This alteration to the Nature of Suit on the docket has no legal impact on this case. See Yusong Gong v. University of Michigan, No. 16–15416, 2018 WL 7254249, at *2 (E.D. Mich. July 17, 2018) (explaining that Nature of Suit is used for record keeping / statistical purposes by the Clerk of Court and has no impact on the case). Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.