UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CV 6331 |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| RONALD MIKOS | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that Assistant United States Attorney Brian Havey has

been designated as counsel for the United States in the above-captioned case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   */s/Brian Havey*
BRIAN HAVEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6305
brian.havey@usdoj.gov