**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-06331 |
| Respondent, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| RONALD MIKOS, | ) | |
| | ) | |
| Petitioner. | ) | |

**PETITIONER RONALD MIKOS'S MOTION**
**FOR ORDER REQUIRING PRODUCTION OF PROBATION OFFICE RECORDS**

Petitioner Ronald Mikos respectfully moves this Court for entry of an order granting him access to records in possession of the United States Pretrial and Probation Services Office for the Northern District of Illinois. In support of this motion, Mr. Mikos, through counsel, states as follows:

1. Mr. Mikos filed his Initial Motion for Leave to Conduct Discovery (the "Motion") on November 9, 2020 (ECF No. 122). On September 26, 2024, this Court granted the Motion in part, allowing discovery of materials relevant to a diagnosis of bipolar disorder and/or to Mr. Mikos's competency to stand trial (ECF No. 149).

2. While the Motion was pending, counsel for Mr. Mikos requested records, which were not identified in the Motion, from the United States Pretrial and Probation Services Office for the Northern District of Illinois ("USPO"). In response to that request, on March 20, 2024, the USPO provided counsel with a copy of the Presentence Report filed in the underlying case in this matter (No. 1:02-CR-00137). The USPO informed counsel that it could not disclose any other materials in its possession without a court order.

3. Although records from the USPO were not identified among the discovery requests listed in the Motion, counsel believe the records maintained at the USPO relate to competency and mental health. Counsel believe the records involve such subjects as drug and alcohol testing of Mr. Mikos, interviews with Mr. Mikos, interviews of individuals who knew Mr. Mikos, and Mr. Mikos's social and personal history.

4. The USPO prepared a Pretrial Investigation Report on February 8, 2002, and a Presentence Investigation Report dated March 24, 2006. The USPO relied on the Pretrial Report to draft the Presentence Report. In this Motion, Mr. Mikos seeks all records in the possession or control of the USPO that were gathered, compiled and/or generated in connection with the Pretrial Report and/or the Presentence Investigation Report, including drug and alcohol testing raw data and results, historical records concerning Mr. Mikos, and correspondence, memoranda, or notes related to any interviews or other investigation conducted by the USPO.

5. Although consent is not required to obtain the relief sought in this Motion, counsel for Mr. Mikos have met and conferred with Assistant United States Attorneys Corey Rubenstein and Brian Havey regarding this Motion. They have advised that the Government does not oppose this request.

2

WHEREFORE, for the foregoing reasons, Mr. Mikos respectfully requests entry of an order directing the USPO to provide its records associated with Mr. Mikos's February 8, 2002 Pretrial Services Report and March 24, 2006 Presentence Investigation Report for Mr. Mikos. A proposed order will be submitted to Chambers.

Dated: April 29, 2025

Respectfully submitted,

RONALD A. MIKOS

By:    s/ April A. Otterberg
April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350

Leane Renée (*pro hac vice*)
Beth Ann Muhlhauser (*pro hac vice*)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
(717) 782-3843

*Counsel for Petitioner*