**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-06331 |
| Respondent, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| RONALD MIKOS, | ) | |
| | ) | |
| Petitioner. | ) | |
| | ) | |

**JOINT STATUS REPORT REGARDING DISCOVERY**

In advance of the May 1, 2025, status hearing in this matter (*see* ECF No. 155), the United States of America and Ronald Mikos (together, the "Parties") submit the following joint status report regarding discovery.

**Overview**

Since the Parties' last appearance before this Court on February 5, 2025, the Parties have exchanged correspondence and had multiple discussions regarding discovery. The Parties continue to work cooperatively on discovery issues and have made progress in reaching agreement as to certain aspects of discovery while continuing to discuss others. In addition, the Government's current counsel is departing the U.S. Attorney's Office, and counsel who has newly appeared for the Government (*see* ECF No. 156) requires some additional time to familiarize himself with the issues in this case.

**Specific Discovery Categories**

Mr. Mikos's discovery requests fall into roughly the following categories: (1) trial exhibits, (2) a 302 or similar interview report of Elaine Rosenfeld, (3) requests directed to a Government

agency, and (4) requests directed to third parties. The Parties' progress on these categories is summarized below.

**Trial Exhibits.** The Parties have been working cooperatively regarding Mr. Mikos's access to the exhibits from his criminal trial, in accordance with the Court's September 26 order (*see* ECF No. 149 at 6-7). The Government has provided Mr. Mikos's counsel with copies of what is believed to be all exhibits that could be copied or scanned; however, certain exhibits cannot be copied or scanned because they are too voluminous, are tangible objects, or are maintained in a digital format. As to those exhibits:

- The Government has identified nine categories of trial exhibits that are too voluminous to reproduce. Mr. Mikos's counsel has proposed that they be permitted to inspect these materials, and the Government has agreed. The Parties are working to schedule this inspection and are looking at dates in June.

- There are nine pieces of physical evidence from the trial that Mr. Mikos's counsel have asked to inspect with their expert, David Lamagna. The Government has indicated that it does not object to counsel and Mr. Lamagna inspecting this evidence. The Parties are working to schedule this inspection and to determine this inspection can be completed in June.

- There are five pieces of digital/computer evidence that Mr. Mikos's counsel also have asked to inspect; however, accessing this evidence may require the services of a forensic data expert retained by Mr. Mikos's counsel. The Parties need to exchange further details on the nature of this evidence and how it has been stored to determine the best course of action for inspecting this evidence in an efficient manner. Subject to those further details and the availability of a forensic data expert

(if needed), Mr. Mikos's counsel have proposed that they be permitted to inspect these materials this summer. The Parties will work together to schedule this inspection.

**302 Report.** The Parties have met and conferred regarding Elaine Rosenfeld's 302 report, which the Court directed the Government to provide to Mr. Mikos (*see* ECF No. 149 at 17). The Government has informed Mr. Mikos's counsel that it has been unable to locate any such document in the records of the Federal Bureau of Investigation, the Department of Health and Human Services, or the Department of Justice. Mr. Mikos's counsel are working to identify any additional information they have about the existence of this document, which may aid in locating it. The Parties' discussions on this issue are ongoing.

**Government Agency Requests.** Mr. Mikos's counsel has provided the Government with written discovery requests that Mr. Mikos's counsel believe account for the Court's ruling as well as certain information that Mr. Mikos's counsel was able to obtain, while Mr. Mikos's discovery motion was pending, via Freedom of Information Act requests. The Parties are continuing to confer on these requests; however, the Government's new counsel has indicated that he requires time to review these requests and further respond as to the Government's position.

**Third-Party Subpoenas.** Mr. Mikos's counsel identified three third-party subpoena targets that they believe have information within the scope of the discovery the Court granted. The proposed third-party subpoenas, directed to the Chicago Police Department, the Metropolitan Correctional Center, and the Illinois Department of Financial and Professional Regulation, are attached as Exhibits 1 through 3 to this status report. The Government has indicated that it does not object to Mr. Mikos serving these third-party subpoenas. Because the Court's order on Mr.

3

Mikos's motion for discovery did not specifically address individual discovery requests, Mr. Mikos asks the Court to confirm that his counsel is authorized to serve these subpoenas.

**Other Matters.** After filing the discovery motion, Mr. Mikos's counsel contacted the United States Probation and Pretrial Services Office ("USPO") to obtain records related to Mr. Mikos. Based on those communications, Mr. Mikos's counsel believes the USPO has records that involve drug and alcohol testing of Mr. Mikos, interviews with Mr. Mikos, witness interviews, and Mr. Mikos's social and criminal history, all of which Mr. Mikos's counsel believe are relevant to the competency and mental health of Mr. Mikos. The USPO agreed to provide Mr. Mikos's counsel with a copy of the Presentence Report but stated that any other materials in its file required a court order or subpoena for disclosure. As such, Mr. Mikos's counsel has separately filed a motion seeking a court order requiring the USPO to disclose Mr. Mikos's records to his counsel (*see* ECF No. 157). The Government does not object to this request.

4

Dated: April 29, 2025

Respectfully submitted,

RONALD A. MIKOS

By:     s/ April A. Otterberg

April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350

Leane Renée (admitted *pro hac vice*)
Beth Ann Muhlhauser (admitted *pro hac vice*)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
(717) 782-3843

ANDREW S. BOUTROS
United States Attorney

By:     s/ Brian Havey (w/ permission)

Brian Havey
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312) 469-6305

Corey Rubenstein
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
(312) 353-8880