## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

United States of America

                    Plaintiff,

v.

Ronald Mikos

                    Defendant.

Case No.: 1:10–cv–06331

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2025:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks counsel for their recent report [158] and confirms that Mr. Mikos's attorney are authorized to serve third–party subpoenas as described in the report (at 3–4). Petitioner Ronald Mikos's motion for order requiring production of probation office records [157] is granted. Order to enter. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.