**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | No. 1:10-cv-06331 |
| | ) | |
| v. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| RONALD MIKOS, | ) | |
| | ) | |
| Petitioner. | ) | |

**ORDER ON PETITIONER RONALD MIKOS'S MOTION
FOR ORDER REQUIRING PRODUCTION OF PROBATION OFFICE RECORDS**

Before the Court is Petitioner Ronald Mikos's Motion for Order Requiring Production of Probation Office Records (the "Motion"). Having considered the Motion, the Court finds good cause to **GRANT** the Motion and hereby **ORDERS** as follows:

The United States Pretrial and Probation Services Office for the Northern District of Illinois is **ORDERED** to provide the following records to Mr. Mikos's counsel by **May 30, 2025**: all records in its possession or control that were gathered, compiled, and/or generated in connection with Mr. Mikos's February 8, 2002 Pretrial Investigation Report and/or Mr. Mikos's March 24, 2006 Presentence Investigation Report, including but not limited to drug and alcohol testing raw data and results, historical records concerning Mr. Mikos, and correspondence, memoranda, or notes related to any interviews or other investigation conducted in relation to the above-identified reports.

Entered: April 30, 2025

_____
Hon. Rebecca R. Pallmeyer
U.S. District Court Judge