UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   10 CV 6331 |
| | ) | |
| SUPPRESSED | ) | Ronald A. Guzman |
| | ) | JUDGE |

## **WITHDRAWAL OF AUSA COREY B. RUBENSTEIN**

Please take notice that Assistant United States Attorney Corey B. Rubenstein

is no longer assigned to this case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   */s/ Corey B. Rubenstein*
COREY B. RUBENSTEIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8880

Dated: May 6, 2025