**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-06331 |
| Respondent, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| RONALD MIKOS, | ) | |
| | ) | |
| Petitioner. | ) | |
| | ) | |

**PETITIONER'S UNOPPOSED MOTION FOR
DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION**

Petitioner Ronald Mikos hereby moves this Court for an order authorizing the disclosure of documents by the Internal Revenue Service ("**IRS**"). In support of his Motion, Mr. Mikos states as follows:

1.      The Court previously concluded that Mr. Mikos could engage in discovery regarding certain aspects of his claims under 28 U.S.C. § 2255, as set forth more fully in the Court's September 26, 2024, order (ECF No. 149).

2.      In conducting the discovery authorized by the Court's order, Mr. Mikos has sought the following documents from the IRS:

> All documents, memoranda, notes and files pertaining to the investigation of Mr. Mikos, between January 1, 1999, through December 31, 2003, including but not limited to all witness interviews and related conversations conducted, supervised, or attended by IRS agents or officers, including IRS Special Agents Lori Daley, Brandon Fox, Ruth Gran, Ruth Greer, Gaynell Keaton, Sean Mackin, and Michael A. Thalji and Revenue Officers Daniel Shields and Mervyn McLaren.

3.      Mr. Mikos believes that these documents may contain information relevant to the aspects of Mr. Mikos's § 2255 claims for which the Court has authorized discovery.

1

4.      Counsel for the Government has informed counsel for Mr. Mikos that the IRS may require an order authorizing the disclosure of some or all of these documents to the extent they constitute "tax returns" and/or "return information," as those terms are defined in 26 U.S.C. § 6103, which governs the confidentiality and disclosure of such information.

5.      To facilitate the production of these documents to Mr. Mikos and his counsel, Mr. Mikos seeks an order permitting the disclosure of the documents described herein so that they may be used for discovery purposes and in any evidentiary hearing or related judicial proceeding. A proposed order is attached hereto as **Exhibit A.**

6.      Counsel for Mr. Mikos has conferred with counsel for the United States, who has indicated that the United States does not object to the relief requested herein.

Dated: December 23, 2025                      Respectfully submitted,

RONALD A. MIKOS

By:    s/ *April A. Otterberg*
       April A. Otterberg
       JENNER & BLOCK LLP
       353 N. Clark Street
       Chicago, IL  60654-3456
       (312) 222-9350

       Leane Renée (admitted *pro hac vice*)
       Beth Ann Muhlhauser (admitted *pro hac vice*)
       OFFICE OF THE FEDERAL PUBLIC DEFENDER
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
       Capital Habeas Unit
       100 Chestnut Street, Third Floor
       Harrisburg, PA 17101
       (717) 782-3843

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the case.

By: ___s/ *April A. Otterberg*___
April A. Otterberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350

3