UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

RONALD MIKOS

No. 10 CV 6331
(Criminal Case No. 02 CR 137)

Judge Rebecca R. Pallmeyer

## MOTION FOR ENTRY OF AGREED
## PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to Fed. R. Crim. P. 16(d), the UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1.     This is a post-conviction matter in which this Court has permitted discovery in an order dated September 26, 2024. Doc. 149.

2.     In compliance with that order, the government has reproduced certain criminal trial exhibits, among other things, and is in the process of reproducing additional trial exhibits, criminal discovery, and other materials requested by the defense team, all of which is voluminous and mostly in hard copy format.

3.     To the extent that discovery was ordered over objection by the government, as previously briefed by the parties, the government wishes to preserve its objection and not be deemed to waive any such objection by any ongoing discovery production pursuant to this Court's order. The government requests the entry of a protective order governing discovery to protect against unrestricted dissemination and use—that is, to protect the confidentiality of any non-public or law enforcement

sensitive records and information, any personally identifiable information of witnesses and subjects, and any medical patient information that may be privacy-protected, and to ensure that any materials produced by the government are used solely for purposes of the effective defense of this case, and are not disclosed or disseminated any further.

4.     A draft protective order has been shared with counsel for defendant. A revised draft incorporating their revisions will be submitted separately to the Court as an agreed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed agreed protective order.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     */s/Brian Havey*
BRIAN HAVEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6305
brian.havey@usdoj.gov

2