**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 1:10-cv-06331 |
| Respondent, | ) | |
| | ) | Underlying Case: No. 1:02-CR-00137 |
| v. | ) | |
| | ) | Hon. Rebecca R. Pallmeyer |
| RONALD MIKOS, | ) | |
| | ) | |
| Petitioner. | ) | |
| | ) | |

**ORDER FOR DISCLOSURE
OF TAX RETURNS AND RETURN INFORMATION**

Upon the application of petitioner Ronald Mikos for an order, pursuant to pursuant to 26 U.S.C. §§ 6103(c), 6103(e)(1), and 6103(e)(6), authorizing the disclosure of documents by the Internal Revenue Service ("IRS"), the Court finds:

1.　　The Court has previously concluded that Mr. Mikos is permitted to engage in discovery regarding certain aspects of his § 2255 claims, for the reasons set forth in the Court's September 26, 2024 order (ECF No. 149).

2.　　In conducting the discovery authorized by the Court's September 26, 2024 order, Mr. Mikos and his counsel seek the following documents from the IRS:

> All documents, memoranda, notes and files pertaining to the investigation of Mr. Mikos, between January 1, 1999, through December 31, 2003, including but not limited to all witness interviews and related conversations conducted, supervised, or attended by IRS agents or officers, including IRS Special Agents Lori Daley, Brandon Fox, Ruth Gran, Ruth Greer, Gaynell Keaton, Sean Mackin, and Michael A. Thalji and Revenue Officers Daniel Shields and Mervyn McLaren.

3.      The above-described documents pertain to IRS Investigation No. 360230189 and may contain information relevant to those aspects of Mr. Mikos's § 2255 claims on which the Court has authorized discovery.

4.      To the extent the IRS requires an order authorizing the disclosure of any of these documents because they constitute tax returns and return information as defined in 26 U.S.C. § 6103, or for any other reason, the Court orders that the documents described herein may be disclosed to Mr. Mikos and his attorneys of record in this case for discovery purposes, and for use at any evidentiary hearing in this case or any related judicial proceeding.  No disclosure shall be made to any other person.  The Court orders that disclosure is permitted pursuant to the following statutory provisions:

   a.  26 U.S.C. § 6103(c), permitting disclosure to the taxpayer's designee;

   b.  26 U.S.C. § 6103(e)(1)(A)(i), permitting disclosure to the individual taxpayer whose tax returns and return information are requested; and

   c.  26 U.S.C. § 6103(e)(6), permitting disclosure to the attorney authorized by the taxpayer to receive such returns and return information.

Dated: August 5, 2026

_____
REBECCA R. PALLMEYER
United States District Judge

2