**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

United States of America
Plaintiff,
v.
Ronald Mikos
Defendant.

Case No.: 1:10−cv−06331
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 27, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Petitioner's unopposed motion for extension of time to complete discovery [179] is granted. The November 2, 2026 deadline to complete discovery and submit a written status report (Dkt. 177) is hereby extended to February 1, 2027. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.